**From:** Richardson, Ian (USANYE) 1 <Ian.Richardson@usdoj.gov>
**Sent:** Thursday, January 28, 2021 6:03 PM
**To:** Miriam Vertus <Miriam_Vertus@nyed.uscourts.gov>; William Keefe <wkeefelaw@gmail.com>
**Subject:** RE: Arraignment on Indictment RE::21-cr-00046-ERK-1 - Afrasiabi, Kaveh Lotfolah

**CAUTION - EXTERNAL:**

Hi Miriam,
The defendant sent me an email indicating that he has asked Mr. Keefe to withdraw from the representation and that he intends to represent himself.  Do you want me to provide you with the defendant's email address?

Thanks,

Ian C. Richardson
Assistant United States Attorney
National Security and Cybercrime
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Desk: (718) 254-6299
Email: ian.richardson@usdoj.gov
SIPR: ian.richardson@usdoj.sgov.gov
JWICS: ian.richardson@doj.ic.gov

**From:** Miriam Vertus <Miriam_Vertus@nyed.uscourts.gov>
**Sent:** Thursday, January 28, 2021 3:08 PM
**To:** William Keefe <wkeefelaw@gmail.com>; Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>
**Subject:** RE: Arraignment on Indictment RE::21-cr-00046-ERK-1 - Afrasiabi, Kaveh Lotfolah

Good afternoon, Mr. Keefe and AUSA Richardson,
Magistrate Judge Reyes will schedule the Arraignment on Indictment Hearing for 2/10/2021 at 10:00 AM via Video Microsoft Teams Meeting. I will send out the Microsoft Teams Meeting  invitation link as soon.

Thank you

Miriam Vertus
Courtroom Deputy to the Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Phone: (718) 613-2123



---------- Forwarded message ---------
From: **William Keefe** <wkeefelaw@gmail.com>
Date: Thu, Jan 28, 2021 at 1:37 PM
Subject: Re: Arraignment on Indictment RE::21-cr-00046-ERK-1 - Afrasiabi, Kaveh Lotfolah
To: <miriam_vertus@edny.uscourts.gov>, Richardson, Ian (USANYE) 1 <ian.richardson@usdoj.gov>


Good afternoon Miriam,

I'm not sure how soon the Court wants to do the arraignment.
I am in the process of figuring out whether I am going to
be the defendant's lawyer going forward.  Is it possible
to schedule the arraignment the week of February 8?  If so, I am free the morning of 2/10, 11 and 12.
That might be enough time to figure out whether I will remain on the case; or
whether someone from your Court's CJA panel should be appointed assuming
the defendant qualifies for an appointed lawyer.

I'll send you the defendant's email address; he does not need an interpreter.

I am in discussion with Mr. Richardson about some of the issues concerning my
future representation of the defendant; and will get back to you shortly.

thanks,

Billy Keefe
617-947-8483



On Thu, Jan 28, 2021 at 1:23 PM William Keefe <wkeefelaw@gmail.com> wrote:

> ---------- Forwarded message ---------

From: **Richardson, Ian (USANYE) 1** <Ian.Richardson@usdoj.gov>
Date: Thu, Jan 28, 2021 at 11:17 AM
Subject: Re: Arraignment on Indictment RE::21-cr-00046-ERK-1 - Afrasiabi, Kaveh Lotfolah
To: William Keefe <wkeefelaw@gmail.com>

Billy what's your availability for the arraignment? Also is the defendant going to demand an in person appearance?

Ian C. Richardson
Assistant United States Attorney
National Security and Cybercrime
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Desk: (718) 254-6299

> On Jan 27, 2021, at 11:07 AM, Miriam Vertus <Miriam_Vertus@nyed.uscourts.gov> wrote:
>
> Please indicate whether the defendant needs an interpreter, if so what language.  Also, I need an email address for the defendant if s/he does not intend to appear together with Mr. Keefe. Thank you!
>
> **From:** Richardson, Ian (USANYE) 1 <Ian.Richardson@usdoj.gov>
> **Sent:** Wednesday, January 27, 2021 10:22 AM
> **To:** Miriam Vertus <Miriam_Vertus@nyed.uscourts.gov>
> **Cc:** William Keefe <wkeefelaw@gmail.com>
> **Subject:** Re: Arraignment on Indictment RE::21-cr-00046-ERK-1 - Afrasiabi, Kaveh Lotfolah
>
> **CAUTION - EXTERNAL:**
>
> Thanks, Miriam. I'm copying William Keefe, the defendant's attorney. We will get back to you with proposed dates and times.
>
> Ian C. Richardson
> Assistant United States Attorney
> National Security and Cybercrime
> Eastern District of New York
> 271 Cadman Plaza East
> Brooklyn, New York 11201
> Desk: (718) 254-6299
>
>> On Jan 27, 2021, at 9:13 AM, Miriam Vertus <Miriam_Vertus@nyed.uscourts.gov> wrote:
>>
>> Good morning AUSA **Ian Richardson**,
>> The grand jury has returned an indictment against Kaveh Afraiabi, 21 CR 46 (ERK) on 1/25/21.  I was informed that the defendant is on bond.  Judge Korman prefer

> to have the Magistrate Judge Reyes who's the assigned to this case handle the
> Initial appearance and Arraignments on Indictment.
>
> Please provide dates and times btw 9:30AM -12:30PM in which you, defense
> counsel (unknown) and the deft. are available for a Video arraignment using
> Microsoft Teams Meeting.
>
> Thank you!
> Miriam Vertus
> Courtroom Deputy to the Hon. Ramon E. Reyes, Jr.
> United States District Court
> Eastern District of New York
> 225 Cadman Plaza East
> Brooklyn, New York 11201
> Phone: (718) 613-2123
> <image001.jpg>
>
> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.