UNITED STATES DISTRICT COURT
District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>     versus ) <br> ) <br> Kaveh L. Afrasiabi, ) <br>     Defendant. ) | Case No: 21-MJ-50 |

### DEFENDANT'S MOTION FOR IN-COURT ARRAIGNMENT PURSUANT TO THE COURT'S ORDER OF 01/31/21

    Now comes the Defendant and pursuant to the Honorable Court's Order of 01/31/21 prays the Court to postpone the arraignment scheduled for 02/31/21 to such time as when an in-court hearing is feasible under the present extenuating circumstance.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se


Certificate of Copy: A true copy of this Motion has been served on the Plaintiff on this date, 02/03/21, under the pains and penalties of perjury.

Kaveh L. Afrasiabi