**EXHIBIT 1**

**Sarah Moriarty** <
To: Chomsky, kavehafrasiabi
Mon, Apr 18, 2016 at 11:16 AM

Dear Professor Chomsky and Dr. Afrasiabi,

Hello. My name is Sarah and I am the daughter of Robert Levinson who has been missing for nine years, last seen in the island of Kish in Iran.  Since then the only clue about his whereabouts is a video and photographs that surfaced five years ago.

I and my family are grief-striken over the disappearance and safety of our loving and caring father and pray for his safe return.

We understand that you successfully collaborated on the release of the three hikers in Iran and we would like to urge you to please undertake a similar effot for my missing father.  This is purely a family request and is not channeled through any government agency or the like, and I assure you any communication between us will remain confidential.

We have no interest in any publicity or any political objective, and our sole objective is to do whatever we can to gain the release of our long-suffering father who needs to be near his family in his old age and enjoy his freedom after such a long ordeal.

On behalf of my family, we truly appreciate your assistance in ths regard.

Sincerely,
Sarah (Levinson) Moriarty

**Sarah Moriarty**
To: kavehafrasiabi
Mon, Apr 18, 2016 at 11:35 AM

My apologies too. Do you need me to send another copy or is there something else I can do?

Sent from my iPhone

> On Apr 18, 2016, at 11:30 AM, Kaveh Afrasiabi < >              wrote:
>
> oh my apology I was looking at your second email, now I see you have done it already.

**Kaveh Afrasiabi**
To: jchane@edow.org
Mon, Apr 18, 2016 at 11:33 AM

Hi John below is an email from Levinson's daughter to me and Chomsky.  I am determined to help her and wonder if you could initiate a conversation about her meeting with ambassador Khoshroo or zarif, who is in NY this week? I think it will be interpreted as a good gesture by them irrespective of the outcome.
kaveh

**Sarah Moriarty**

**To:**kavehafrasiabi

Mon, Apr 18, 2016 at 1:25 PM

We had met with Ambassador Khazaee a few times. Also something that might be worth noting is I know that a few people have spoken to Foreign Minister Zarif on our behalf in the past.

Sent from my iPhone

> On Apr 18, 2016, at 11:38 AM, Kaveh Afrasiabi < >         wrote:
>
> No that is fine for now see my email to Bishop Chane, question have you had any meeting with the Iranians at UN?


**Kaveh Afrasiabi**

**To:**sarahelizabethmoriarty

Mon, Apr 18, 2016 at 3:39 PM

Dear Sarah I prefer to wait for Bishop Chane's response, I'll also try another high placed friend Hossein Mousavian in a day or so to see if he's willing to take a step.  If Bob is in revolutionary guards' hands then the government is of limited use and someone ought to reach the office of the leader. But if he is outside Iran, let's say in Lebanon, and I'm just guessing, then it's more complicated. But my hunch is that he may still be in Iran because Hizbollah doesn't want hostage entanglement anymore and there would be no real reason to move him anyway. Usually in past there has always been a bargain and offer of trade etc so I'm curious why there hasn't been one over 9 years? There are too many unknown in your father's case but since he was last seen in Kish that makes ground to keep pressing for answers from Tehran, between us.
kaveh

---------------------------------------------

On Mon, 4/18/16, Sarah Moriarty                        wrote:

Subject: Re: Please assist us
To: "Kaveh Afrasiabi"
Date: Monday, April 18, 2016, 3:18 PM

We would very much
appreciate the opportunity.

Is there any counsel you might offer as to what
we might say that could lead to my father's return home
to us? At this point, we will do whatever needs to be done,
and we are happy to never speak of it again.

Thank you,
Sarah

Sent
from my iPhone


**kavehafrasiabi**

**To:**sarahelizabethmoriarty

Mon, Apr 18, 2016 at 5:56 PM

Dear sarah there were a ton pf articles for the three hikers the more the merrier i think it s better if you become the flag bearer an individual appeal on behalf of family relaying your anguish.  Include your childhood memories. Keep hope alive

**Sarah Moriarty**

To:kavehafrasiabi

Mon, Nov 18, 2019 at 11:51 AM

Yes I know him well and have spoken to him many times. I believe he is very ill though last time I spoke to him. Are there others like him?

On Nov 18, 2019, at 11:23 AM, Kaveh Afrasiabi                    wrote:

Thanks again knowing iran my hunch is exchange has the best chance.  Lookme up im new york times i had an oped on trump rouhani meet and then lobbied un leader in person t9 make it happen and almost did.  It s lije a bumby road race and we need to identify the roadblocks on both sides since some countries are opposed tp any thaw and they exert influence but based on past experiences there are ways. I suggest getting mr Giandomenico Picco involved. Look him up he worked for UN and i know him well. He would probably agree to go to iran after a white house blessing. Iranians like and respect him.1

        Kaveh

**Sarah Moriarty**

To:kavehafrasiabi

Mon, Nov 18, 2019 at 10:57 AM

This is awesome. Anything like this is helpful. You can also help us create an off ramp for them by either finding him in Pakistan or finding the rogue intelligence people on kish island who didn't tell them they had him all these years. Any and all planting these ideas is appreciated!

On Nov 18, 2019, at 10:22 AM, Kaveh Afrasiabi                    wrote:

        Hi sarah here is my latest pushing prisoner exchange
        Kaveh
        https://www.middleeasteye.net/opinion/how-can-we-prevent-new-iran-nuclear-crisis

**Kaveh Afrasiabi**

To:sarahelizabethmoriarty

Mon, Apr 18, 2016 at 6:52 PM

Dear Sarah I strongly recommend reading Salman Rushdie's autobiography Joseph Anton, which covers the efforts to get him off the hook of a religious death edict, fatwa.  It is a NYTimes bestseller book and I am repeatedly mentioned since I was once involved with CBS' Mike Wallace on his behalf.  It seems to me that you may need a similar vehicle to keep circulating the story of your missing father and, simultaneously, resonate with the Iranians and, perhaps, become a catalyst for your visit to Tehran.  It doesn't have to be too long, perhaps 150 or so pages with some photos.  You could cover your family story, the long ordeal of trying to get him released, the ups and downs, the characters you have met along the way, your meetings, etc., and end in an imaginary letter to his captors and in case you have written any poems add those too (if you haven't then it can be done).  I will help you as much as possible and certainly you can get a ghost writer. This can be achieved in a couple of months and you can put it on e-book as well.  Here are my thoughts about its content:
Title: Looking For My Father, A Woman's Long Serach for Her Missing Father in Iran
your picture with him on the cover with a nice writeup on cover and back cover.
kaveh
---------------------------------------------
On Mon, 4/18/16, Sarah Moriarty                    wrote:

Subject: Re: suggested article
To: "Kaveh Afrasiabi"
Date: Monday, April 18, 2016, 5:39 PM

Hi Dr. Afrasiabi,

Forgive me but over the years
we have penned several articles that were of a similar
message, as well as a letter to the Supreme Leader that my
family sent, to no avail. Before I begin drafting something
like this tonight, may I ask if this is meant to be
different than those or if it is due to a timing match that
you think it might help at this moment in time, or is it
more that you can help me guide the message this time to
ensure it hits the right points?

My brother has this week drafted an article but
the message is more demanding toward the US in nature, in
how it should require Iran to find my father before any more
negotiations take place. What are your thoughts on that type
of pressure? I believe that based on the emails you have
sent thus far, you feel we should go back to a plea type of
message on a humanitarian basis, am I understanding that
correctly?

Thank you
again,
Sarah

Sent from my iPhone


Sent from my
iPhone
> On Apr 18, 2016, at 4:14 PM, Kaveh
Afrasiabi
wrote:
>
> Dear
Sarah, I suggest you pen an article titled "Looking For
My Father" some 800 words not longer.  Begin with the
issue then mention some of the family's efforts such as
meetings at the UN, the chronology, video, then turn to your
memories of him and how loving a father he is, and end with
a plea to the Iranian leaders for help to find and gain his
release.  Draft it in your own language I 'll edit it
for you perhaps NYTimes would use.  You can then use this
as a platform for further outreach to Iranians, the only way
I see possible to hit a harmonious cord on human grounds.
> kaveh
>
>
>
>
-------------------------------------------
> On Mon, 4/18/16, Sarah Moriarty
wrote:
>
> Subject:
Re: Please assist us
> To: "Kaveh
Afrasiabi"
> Date: Monday, April 18, 2016, 3:18 PM
>
> We would very
much
> appreciate the opportunity.
>
> Is there any counsel
you might offer as to what

> we might say
that could lead to my father's return home
> to us? At this point, we will do whatever
needs to be done,
> and we are happy to
never speak of it again.
>
> Thank you,
> Sarah
>
> Sent
> from my iPhone
>
>> On Apr 18, 2016, at
> 2:41 PM, Kaveh Afrasiabi
> wrote:
>>
>> I think
> you
should meet with ambassador Khoshroo and Zarif
> directly.

**Kaveh Afrasiabi**
**To:**sarahelizabethmoriarty
Mon, Apr 18, 2016 at 11:19 PM

I also think that the whole family should go to the building at 622 third avenue and without any banner or protest quietly congregate and get the message to the mission's front desk that you are here and would like a few minutes with the foreign minister.  My hunch is you will see him when coming in or out the building and you can call on him and he will invite one of you in, hopefully.  Persistence pays off Sarah.

**Sarah Moriarty**
**To:**kavehafrasiabi
Tue, Apr 19, 2016 at 10:07 PM
This is very beautiful. Thank you for sharing.

My apologies for not coming back to you earlier but work has been a bit hectic:

There is a book coming out about my father - http://www.amazon.com/Missing-Man-American-Vanished-Iran/dp/0374210454

I appreciate your other suggestions. We are trying to determine our strategy as my mom has a few things she is focused on right now. I do appreciate all of your insights in the meantime though.

Best,
Sarah

**Kaveh Afrasiabi**
**To:**babaei77
Thu, Apr 21, 2016 at 10:53 AM

ba salam please take a look and the attached letter.  This person had also sent emails to Chomsky seeking help and I exchanged a couple of emails with her.  I have no clue about the case and forward this only because she sounds very sad and desperate for help.  Apparently she has had multiple meetings with ambassador Khazaee.

----- Forwarded Message -----
**From:** Sarah Moriarty
**To:** Kaveh Afrasiabi
**Sent:** Thursday, April 21, 2016 9:42 AM
**Subject:** Letter to Dr. Zarif


Dear Dr. Afrasiabi,

Hello. Pursuant to my recent emails to Professor Chomsky and you, I am sending the attached letter addressed to Foreign Minister Zarif with the hope that you can forward it to his excellency on behalf of our long-suffering family.  Thank you very much.



Sincerely,
Sarah (Levinson) Moriarty


.

**Hamid Babaei**
To:kavehafrasiabi
Thu, Apr 21, 2016 at 11:00 AM

Ok. I will do.


**Kaveh Afrasiabi**
To:sarahelizabethmoriarty
Thu, Apr 21, 2016 at 11:07 AM




Hi Sarah, it is sent and the FM will get to read it shortly, see below. Please this is for your information only and do not contact directly with respect to my initiative as agreed or it will backfire, they are very sensitive about proper procedures. Now they know I sympathize with your cause.

cheers

kaveh

**Kaveh Afrasiabi**
To:babaei77
Thu, Apr 21, 2016 at 11:18 AM

FYI
----- Forwarded Message -----
**From:** Sarah Moriarty
**To:** Chomsky; kavehafrasiabi
**Sent:** Monday, April 18, 2016 11:16 AM
**Subject:** Please assist us

Dear Professor Chomsky and Dr. Afrasiabi,

Hello. My name is Sarah and I am the daughter of Robert Levinson who has been missing for nine years, last seen in the island of Kish in Iran.  Since then the only clue about his whereabouts is a video and photographs that surfaced five years ago.

I and my family are grief-striken over the disappearance and safety of our loving and caring father and pray for his safe return.

We understand that you successfully collaborated on the release of the three hikers in Iran and we would like to urge you to please undertake a similar effot for my missing father.  This is purely a family request and is not channeled through any government agency or the like, and I assure you any communication between us will remain confidential.

We have no interest in any publicity or any political objective, and our sole objective is to do whatever we can to gain the release of our long-suffering father who needs to be near his family in his old age and enjoy his freedom after such a long ordeal.

On behalf of my family, we truly appreciate your assistance in ths regard.

Sincerely,
Sarah (Levinson) Moriarty


**Sarah Moriarty**
To:kavehafrasiabi
Fri, Apr 22, 2016 at 8:41 PM
I can't get the link to work, but here is a summary of the PressTV article with an old link
- http://writingcompany.blogs.com/this_isnt_writing_its_typ/2007/04/bob_levinson_no.html

Yes, he had met with Dawud Salahuddin. He was investigating cigarette smuggling for private clients, but in addition to that, a couple of years ago, a report came out that he was doing contract work for the CIA when he was on Kish so I think your suggested angle might be the best route. Is there any fear if they call him a spy that they will execute him?

Sent from my iPhone

> On Apr 22, 2016, at 8:08 PM, Kaveh Afrasiabi                    wrote:
>
> thanks Sarah if possible send me the PTV report I do a lot of interview with them so may be I can inquire.  Also, someone told me he had met a black Muslim American who had assassinated an opposition figure in Washington, D.C., is there any corroboration of that?
> also, what do we know about his purpose of Kish visit, where was he prior to that and was he employed and if so by whom? when did he retire from the FBI?  Finally, is ther any flight manifest about his arrival?
> I am thinking about the proper angel for the article, and am thinking that to make an effective pitch for his release I need to argue from the worst case scenario, that is, let's assume he was in the tourist island of kish for a spying purpose and he is considered a spy, still that does not justify his lack of access to lawyer or family, given Iran's constitution or Islamic values, and certainly he has been held long enough and for the sake of his suffering family he ought to be freed in the spirit of clemency.
> what do you think?

**Kaveh Afrasiabi**

**To:**sarahelizabethmoriarty

Fri, Apr 22, 2016 at 9:02 PM

thanks no no fear of that, again how old is he now? he looks very frail in the video so hopefully healthwise he is okay, too much pressure in such circumstances, so let's not fear the worst and remain optimistic.  Who put out that report I wonder? you have to be careful about disinformation, chances are some third government like Israel might have wanted to exploit it by making Bob more important a fish than he actually is, can't rule out that possibility.  The cigarette smuggling certainly sounds distrusting and most people might think it is a cover.  Dawud as far as I know livres in Iran without any problem, am I right? so your dad's contact with him may convey the opposite impression that he was trying to somehow reach out to Iranians through him.  If we can navigate through these tough questions then it becomes easier to come up with right approach. My hunch is that the family should adamantly oppose the spy allegation and insist on his innocence.

By the way, I know an Iranian in Arizona who once told me about Bob and claimed that he has contact with the leader's office. His name is Japeh Youssefi, a bit of self-promoting loud mouth but good hearted person, don't know him that well to assess his claim, have not told him about our communication because he ll probably broadcast it, but at the same time I can't rule out the chance that he may have such a contact because a few years ago he ran a TV outlet beaming to Iran and had hired the son of an ayatollah.  The problem with anything going through him is that no one takes him seriously so it might actually backfire, except if his channel can be used without his intervention.  Having contact with the leader's office is like reaching the revolutionary guards. A good mediator might be needed.

**Sarah Moriarty**

**To:**kavehafrasiabi

Fri, Apr 22, 2016 at 9:20 PM

Unfortunately, my family has publicly admitted that he was doing contract work for the CIA (on the analyst side not the agency side) in the past.

Are you suggesting we disregard that and just change our line going forward?

He is 67 now.

Sent from my iPhone

> On Apr 22, 2016, at 9:14 PM, Kaveh Afrasiabi                    wrote:
>

> finally one more food for thought tonight: it seems to me that one possibility is to start attacking the spy rumors and question the motives of the reports and insist that some other party is trying to exploit the situation etc.  This way there may be a new thinking on captor's part that they are playing in the hands of others unwittingly and better let him go.  Perhaps worth exploring.


- **Sarah Moriarty**

**To:**kavehafrasiabi

Sun, Apr 24, 2016 at 3:00 PM

Does he know how to find out where he is instead? He disappeared on Kish Island so Iran has to have some information that tells us where to look?

Sent from my iPhone

On Apr 24, 2016, at 2:29 PM, Kaveh Afrasiabi                      wrote:

from Bishop Chane today, who is convinced somehow your dad is not in Iran.

To

[Kaveh Afrasiabi](#)

**Message body**

I have every confidence in the information received on this matter from the Iranian Foreign  Ministry, President Obama and Secretary Kerry.

**From:** Sarah Moriarty
**To:** kavehafrasiabi
**Sent:** Sunday, April 24, 2016 11:10 AM
**Subject:** Re: Letter to Dr. Zarif

You are absolutely amazing! Thank you so much for all of this.

Sent from my iPhone

On Apr 24, 2016, at 10:49 AM, kavehafrasiabi                     < > wrote:

Did y9u see the link in previous email? I just vot email from tehran it will be in a tehran daily shortly.


Sent from my Sprint Samsung Galaxy S® 6.
-------- Original message --------
From: Sarah Moriarty
Date: 4/22/2016 8:41 PM (GMT-05:00)
To: Kaveh Afrasiabi
Subject: Re: Letter to Dr. Zarif

I can't get the link to work, but here is a summary of the PressTV article with an old link - http://writingcompany.blogs.com/this_isnt_writing_its_typ/2007/04/bob_levinson_no.html

Yes, he had met with Dawud Salahuddin. He was investigating cigarette smuggling for private clients, but in addition to that, a couple of years ago, a report came out that he was doing contract work for the CIA when he was on Kish so I think your suggested angle might be the best route. Is there any fear if they call him a spy that they will execute him?


Sent from my iPhone

> On Apr 22, 2016, at 8:08 PM, Kaveh Afrasiabi                    wrote:
>
> thanks Sarah if possible send me the PTV report I do a lot of interview with them so may be I can inquire.  Also, someone told me he had met a black Muslim American who had assassinated an opposition figure in Washington, D.C., is there any corroboration of that?
> also, what do we know about his purpose of Kish visit, where was he prior to that and was he employed and if so by whom? when did he retire from the FBI?  Finally, is ther any flight manifest about his arrival?
> I am thinking about the proper angel for the article, and am thinking that to make an effective pitch for his release I need to argue from the worst case scenario, that is, let's assume he was in the tourist island of kish for a spying purpose and he is considered a spy, still that does not justify his lack of access to lawyer or family, given Iran's constitution or Islamic values, and certainly he has been held long enough and for the sake of his suffering family he ought to be freed in the spirit of clemency.
> what do you think?
>
>
> -------------------------------------------
> On Fri, 4/22/16, Sarah Moriarty                    wrote:
>
> Subject: Re: Letter to Dr. Zarif
> To: "kavehafrasiabi"

> Date: Friday, April 22, 2016, 7:50 PM
>
> Hi
> Dr. Afrasiabi,
> Thank
> you for your last note and my apologies for the delay. I
> have a toddler son so it is sometimes difficult to reply
> right away. Your words continue to move me and I hope you
> are the answer we have been praying for.
> Per your request, here are some of
> the points you might consider:
> - My father was last seen leaving
> the Hotel Maryam on Kish Island on March 9, 2007. His
> signature appeared in the hotel's registry as checking
> out that day (my mother verified it when she visited Kish in
> December 2007) and his name was not on any flight manifests
> leaving the airport. His passport has never appeared in any
> other country. It appears that he disappeared in his taxi on
> the way to the airport.- My family received a
> video from an unnamed group in late 2010 and photographs in
> early 2011. Our responses to the email address that these
> were sent from remain unanswered.- A PressTV
> article released in April 2007 said that he had been in the
> hands of Iranian security forces and would be "freed in
> a matter of days". - Recent negotiations
> between the US and Iran include specific language that
> states that Iran will cooperate in locating Bob
> Levinson.- There is a $5 million reward for
> information leading to my father's return that has been
> left unclaimed.- My family is no closer to
> knowing how to get my father home to us than we were nine
> years ago when he first disappeared. We just want to know
> what we need to do so that we can get Bob Levinson home to
> spend whatever time he has left surrounded by the people who
> love him, not in captivity. He has suffered long
> enough.
> Sincerely,Sarah
>
> Sent from my
> iPhone
> On Apr 22,
> 2016, at 10:56 AM, kavehafrasiabi
> wrote:
>
> Hi sarah you can send,me a
> few key pointers about the circumstances of his
> disappearance as far as we know some basic facts fove or six
> then i insert them into the piece
>
>
>

> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty
> Date: 4/22/2016  6:46 AM  (GMT-05:00)
> To: kavehafrasiabi
> Subject: Re: Letter to Dr. Zarif
> Dear Dr. Afrasiabi,
> That would be
> incredibly helpful and very much appreciated. Please let me
> know what you need from me to convince you to do
> so.
> Sincerely,Sarah
>
> Sent from my
> iPad
> On Apr 21, 2016, at 10:38
> PM, kavehafrasiabi
> wrote:
>
> Hi
> i m thinking of writing an article calling on your dad s
> captors to release him and get it out in beirut and
> tehran.
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty
> Date: 4/21/2016  10:13 AM  (GMT-05:00)
> To: kavehafrasiabi
> Subject: Re: Letter to Dr. Zarif
> Thank you very much.
>
> Sent from my
> iPhone
> On Apr 21, 2016, at 10:10
> AM, kavehafrasiabi
> wrote:
>
> Hi
> busy this morning will get to it later today.
> Cheers
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty
> Date: 4/21/2016  9:42 AM  (GMT-05:00)
> To: Kaveh Afrasiabi
> Subject: Letter to Dr. Zarif
> Dear Dr. Afrasiabi,

>
> Hello. Pursuant to my recent
> emails to Professor Chomsky and you, I am sending the
> attached letter addressed to Foreign Minister Zarif with the
> hope that you can forward it to his excellency on behalf of
> our long-suffering family.  Thank you very much.
>
>
>
>
> Sincerely,
> Sarah (Levinson) Moriarty


On Apr 24, 2016, at 2:29 PM, Kaveh Afrasiabi                  wrote:
           from Bishop Chane today, who is convinced somehow your dad is not in Iran.




           To


               Kaveh Afrasiabi



           Message body
           I have every confidence in the information received on this matter from the Iranian
           Foreign  Ministry, President Obama and Secretary Kerry.




           **From:** Sarah Moriarty
           **To:** kavehafrasiabi
           **Sent:** Sunday, April 24, 2016 11:10 AM
           **Subject:** Re: Letter to Dr. Zarif

You are absolutely amazing! Thank you so much for all of this.

Sent from my iPhone

On Apr 24, 2016, at 10:49 AM, kavehafrasiabi                    wrote:


Did y9u see the link in previous email? I just vot email from tehran it will be in a tehran daily shortly.


Sent from my Sprint Samsung Galaxy S® 6.
-------- Original message --------
From: Sarah Moriarty
Date: 4/22/2016 8:41 PM (GMT-05:00)
To: Kaveh Afrasiabi
Subject: Re: Letter to Dr. Zarif

I can't get the link to work, but here is a summary of the PressTV article with an old link - http://writingcompany.blogs.com/this_isnt_writing_its_typ/2007/04/bob_levinson_no.html

Yes, he had met with Dawud Salahuddin. He was investigating cigarette smuggling for private clients, but in addition to that, a couple of years ago, a report came out that he was doing contract work for the CIA when he was on Kish so I think your suggested angle might be the best route. Is there any fear if they call him a spy that they will execute him?


Sent from my iPhone

> On Apr 22, 2016, at 8:08 PM, Kaveh Afrasiabi          wrote:
>
> thanks Sarah if possible send me the PTV report I do a lot of interview with them so may be I can inquire.  Also, someone told me he had met a black Muslim American who had assassinated an opposition figure in Washington, D.C., is there any corroboration of that?
> also, what do we know about his purpose of Kish visit, where was he prior to that and was he employed and if so by whom? when did he retire from the FBI?  Finally, is ther any flight manifest about his arrival?
> I am thinking about the proper angel for the article, and am thinking that to make an effective pitch for his release I need to argue from the worst case scenario, that is, let's assume he was in the tourist island of kish for a spying purpose and he is considered a spy, still that does not justify his lack of access to lawyer or family, given Iran's constitution or Islamic values, and certainly he has been held long enough and for the sake of his suffering family he ought to be freed in the spirit of clemency.
> what do you think?
>

```
>
> -------------------------------------------
> On Fri, 4/22/16, Sarah Moriarty                 wrote:
>
> Subject: Re: Letter to Dr. Zarif
> To: "kavehafrasiabi"
> Date: Friday, April 22, 2016, 7:50 PM
>
> Hi
> Dr. Afrasiabi,
> Thank
> you for your last note and my apologies for the delay. I
> have a toddler son so it is sometimes difficult to reply
> right away. Your words continue to move me and I hope you
> are the answer we have been praying for.
> Per your request, here are some of
> the points you might consider:
> - My father was last seen leaving
> the Hotel Maryam on Kish Island on March 9, 2007. His
> signature appeared in the hotel's registry as checking
> out that day (my mother verified it when she visited Kish in
> December 2007) and his name was not on any flight manifests
> leaving the airport. His passport has never appeared in any
> other country. It appears that he disappeared in his taxi on
> the way to the airport.- My family received a
> video from an unnamed group in late 2010 and photographs in
> early 2011. Our responses to the email address that these
> were sent from remain unanswered.- A PressTV
> article released in April 2007 said that he had been in the
> hands of Iranian security forces and would be "freed in
> a matter of days". - Recent negotiations
> between the US and Iran include specific language that
> states that Iran will cooperate in locating Bob
> Levinson.- There is a $5 million reward for
> information leading to my father's return that has been
> left unclaimed.- My family is no closer to
> knowing how to get my father home to us than we were nine
> years ago when he first disappeared. We just want to know
> what we need to do so that we can get Bob Levinson home to
> spend whatever time he has left surrounded by the people who
> love him, not in captivity. He has suffered long
> enough.
> Sincerely,Sarah
>
> Sent from my
> iPhone
> On Apr 22,
> 2016, at 10:56 AM, kavehafrasiabi
> wrote:
>
> Hi sarah you can send,me a
```

> few key pointers about the circumstances of his
> disappearance as far as we know some basic facts fove or six
> then i insert them into the piece
>
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty
> Date: 4/22/2016  6:46 AM  (GMT-05:00)
> To: kavehafrasiabi
> Subject: Re: Letter to Dr. Zarif
> Dear Dr. Afrasiabi,
> That would be
> incredibly helpful and very much appreciated. Please let me
> know what you need from me to convince you to do
> so.
> Sincerely,Sarah
>
> Sent from my
> iPad

**kavehafrasiabi**
To:sarahelizabethmoriarty
Fri, Jul 1, 2016 at 12:16 PM

Hi sarah sorry to hear stay strong hope is what we live for.

Sent from my Sprint Samsung Galaxy S® 6.
-------- Original message --------
From: Sarah Moriarty
Date: 6/30/2016 7:38 PM (GMT-05:00)
To: Kaveh Afrasiabi
Subject: Re: Letter to Dr. Zarif

Hi Kaveh,

I apologize for my silence. It has been a challenging month of June for me.

I hope all is well with you.

Best,
Sarah

**Kaveh Afrasiabi**
To:sarahelizabethmoriarty
Mon, Jun 6, 2016 at 1:42 PM

Hello Sarah how are you? Hope all is well. Looks like that guy continues his damage with his misleading book. Akbar never responded.
Kaveh

**From:** Sarah Moriarty
**To:** kavehafrasiabi
**Sent:** Thursday, April 21, 2016 10:13 AM
**Subject:** Re: Letter to Dr. Zarif


Thank you very much.

Sent from my iPhone

On Apr 21, 2016, at 10:10 AM, kavehafrasiabi                    wrote:



Hi busy this morning will get to it later today. Cheers



Sent from my Sprint Samsung Galaxy S® 6.
-------- Original message --------
From: Sarah Moriarty
Date: 4/21/2016 9:42 AM (GMT-05:00)
To: Kaveh Afrasiabi
Subject: Letter to Dr. Zarif

Dear Dr. Afrasiabi,

Hello. Pursuant to my recent emails to Professor Chomsky and you, I am sending the attached letter addressed to Foreign Minister Zarif with the hope that you can forward it to his excellency on behalf of our long-suffering family.  Thank you very much.



Sincerely,
Sarah (Levinson) Moriarty
**From:** Sarah Moriarty
**To:** kavehafrasiabi
**Sent:** Sunday, April 24, 2016 11:10 AM
**Subject:** Re: Letter to Dr. Zarif



You are absolutely amazing! Thank you so much for all of this.

Sent from my iPhone

On Apr 24, 2016, at 10:49 AM, kavehafrasiabi                              wrote:

Did y9u see the link in previous email? I just vot email from tehran it will be in a tehran daily shortly.

Dear Sarah my hunch, and nothing more, is that your dad met with Dawud working with the interior ministry or the like and then the guards intelligence might have found out and intervened, therefore it is key trying to reach general Soleimani the head of Qods Force and appeal to him directly.  Who knows he might be willing to meet you and your mom.

**From:** Sarah Moriarty
**To:** kavehafrasiabi
**Sent:** Sunday, April 24, 2016 11:10 AM
**Subject:** Re: Letter to Dr. Zarif

You are absolutely amazing! Thank you so much for all of this.

Sent from my iPhone

On Apr 24, 2016, at 10:49 AM, kavehafrasiabi                              wrote:

Did y9u see the link in previous email? I just vot email from tehran it will be in a tehran daily shortly.

Sent from my Sprint Samsung Galaxy S® 6.
-------- Original message --------
From: Sarah Moriarty
Date: 4/22/2016 8:41 PM (GMT-05:00)
To: Kaveh Afrasiabi
Subject: Re: Letter to Dr. Zarif

I can't get the link to work, but here is a summary of the PressTV article with an old link
- http://writingcompany.blogs.com/this_isnt_writing_its_typ/2007/04/bob_levinson_no.html

Yes, he had met with Dawud Salahuddin. He was investigating cigarette smuggling for private clients, but in addition to that, a couple of years ago, a report came out that he was doing contract work for the CIA when he was on Kish so I think your suggested angle might be the best route. Is there any fear if they call him a spy that they will execute him?


Sent from my iPhone

> On Apr 22, 2016, at 8:08 PM, Kaveh Afrasiabi                          wrote:
>
> thanks Sarah if possible send me the PTV report I do a lot of interview with them so may be I can inquire.  Also, someone told me he had met a black Muslim American who had assassinated an opposition figure in Washington, D.C., is there any corroboration of that?
> also, what do we know about his purpose of Kish visit, where was he prior to that and was he employed and if so by whom? when did he retire from the FBI?  Finally, is ther any flight manifest about his arrival?
> I am thinking about the proper angel for the article, and am thinking that to make an effective pitch for his release I need to argue from the worst case scenario, that is, let's assume he was in the tourist island of kish for a spying purpose and he is considered a spy, still that does not justify his lack of access to lawyer or family, given Iran's constitution or Islamic values, and certainly he has been held long enough and for the sake of his suffering family he ought to be freed in the spirit of clemency.
> what do you think?
>
>
> ----------------------------------------
> On Fri, 4/22/16, Sarah Moriarty                          wrote:
>
> Subject: Re: Letter to Dr. Zarif
> To: "kavehafrasiabi"
> Date: Friday, April 22, 2016, 7:50 PM
>
> Hi
> Dr. Afrasiabi,
> Thank
> you for your last note and my apologies for the delay. I
> have a toddler son so it is sometimes difficult to reply
> right away. Your words continue to move me and I hope you
> are the answer we have been praying for.
> Per your request, here are some of

> the points you might consider:
> - My father was last seen leaving
> the Hotel Maryam on Kish Island on March 9, 2007. His
> signature appeared in the hotel's registry as checking
> out that day (my mother verified it when she visited Kish in
> December 2007) and his name was not on any flight manifests
> leaving the airport. His passport has never appeared in any
> other country. It appears that he disappeared in his taxi on
> the way to the airport.- My family received a
> video from an unnamed group in late 2010 and photographs in
> early 2011. Our responses to the email address that these
> were sent from remain unanswered.- A PressTV
> article released in April 2007 said that he had been in the
> hands of Iranian security forces and would be "freed in
> a matter of days". - Recent negotiations
> between the US and Iran include specific language that
> states that Iran will cooperate in locating Bob
> Levinson.- There is a $5 million reward for
> information leading to my father's return that has been
> left unclaimed.- My family is no closer to
> knowing how to get my father home to us than we were nine
> years ago when he first disappeared. We just want to know
> what we need to do so that we can get Bob Levinson home to
> spend whatever time he has left surrounded by the people who
> love him, not in captivity. He has suffered long
> enough.
> Sincerely,Sarah
>
> Sent from my
> iPhone
> On Apr 22,
> 2016, at 10:56 AM, kavehafrasiabi
> wrote:
>
> Hi sarah you can send,me a
> few key pointers about the circumstances of his
> disappearance as far as we know some basic facts fove or six
> then i insert them into the piece
>
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message -------From: Sarah Moriarty

> Date: 4/22/2016  6:46 AM  (GMT-05:00)
> To: kavehafrasiabi
> Subject: Re: Letter to Dr. Zarif
> Dear Dr. Afrasiabi,
> That would be
> incredibly helpful and very much appreciated. Please let me
> know what you need from me to convince you to do
> so.
> Sincerely,Sarah
>
> Sent from my
> iPad
> On Apr 21, 2016, at 10:38
> PM, kavehafrasiabi
> wrote:
>
> Hi
> i m thinking of writing an article calling on your dad s
> captors to release him and get it out in beirut and
> tehran.
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty
> Date: 4/21/2016  10:13 AM  (GMT-05:00)
> To: kavehafrasiabi
> Subject: Re: Letter to Dr. Zarif
> Thank you very much.
>
> Sent from my
> iPhone
> On Apr 21, 2016, at 10:10
> AM, kavehafrasiabi
> wrote:
>
> Hi
> busy this morning will get to it later today.
> Cheers
>
>
> Sent from my Sprint
> Samsung Galaxy S® 6.-------- Original
> message --------From: Sarah Moriarty

> Date: 4/21/2016  9:42 AM  (GMT-05:00)
> To: Kaveh Afrasiabi
> Subject: Letter to Dr. Zarif
> Dear Dr. Afrasiabi,
>
> Hello. Pursuant to my recent
> emails to Professor Chomsky and you, I am sending the
> attached letter addressed to Foreign Minister Zarif with the
> hope that you can forward it to his excellency on behalf of
> our long-suffering family.  Thank you very much.
>
>
>
>
> Sincerely,
> Sarah (Levinson) Moriarty


Send


**Kaveh Afrasiabi**

To:sarahelizabethmoriarty
Fri, Apr 22, 2016 at 9:18 PM
if we stick with the anti-spy scenario then one logical conclusion is to publicly denounce that book and question its allegations
and even threaten law suit.  So hypothetically if this is broadcast to Iran, then adds further fuel to reconsidering his case,
again hypothetically speaking. I am skeptical about the spy allegation no spy would go with his own name to a hotel in Kish,
assuming identities is missing.


On Fri, 4/22/16, Sarah Moriarty
wrote:
>
> Subject:
Re: Letter to Dr. Zarif
> To:
"kavehafrasiabi"
> Date: Friday, April 22, 2016, 7:50 PM
>
> Hi
> Dr. Afrasiabi,
>
Thank
> you for your last note and my
apologies for the delay. I
> have a
toddler son so it is sometimes difficult to reply
> right away. Your words continue to move me
and I hope you
> are the answer we have
been praying for.
> Per your request,
here are some of
> the points you might
consider:
> - My father was last seen
leaving

> the Hotel Maryam on Kish Island
on March 9, 2007. His
> signature
appeared in the hotel's registry as checking
> out that day (my mother verified it when
she visited Kish in
> December 2007) and
his name was not on any flight manifests
> leaving the airport. His passport has
never appeared in any
> other country. It
appears that he disappeared in his taxi on
> the way to the airport.- My family
received a
> video from an unnamed group
in late 2010 and photographs in
> early
2011. Our responses to the email address that these
> were sent from remain unanswered.- A
PressTV
> article released in April 2007
said that he had been in the
> hands of
Iranian security forces and would be "freed in
> a matter of days". - Recent
negotiations
> between the US and Iran
include specific language that
> states
that Iran will cooperate in locating Bob
> Levinson.- There is a $5 million reward
for
> information leading to my
father's return that has been
> left
unclaimed.- My family is no closer to
>
knowing how to get my father home to us than we were nine
> years ago when he first disappeared. We
just want to know
> what we need to do so
that we can get Bob Levinson home to
>
spend whatever time he has left surrounded by the people
who
> love him, not in captivity. He has
suffered long
> enough.
> Sincerely,Sarah
>
> Sent from my
>
iPhone
> On Apr 22,
>
2016, at 10:56 AM, kavehafrasiabi
> wrote:
>
> Hi sarah you can send,me a
> few key pointers about the circumstances
of his
> disappearance as far as we know
some basic facts fove or six
> then i
insert them into the piece