**Susanne Rose**
**To:** Kaveh Afrasiabi, Darko Mocibob
Tue, Sep 18, 2018 at 2:13 PM

Dear Dr. Afrasiabi,

It was a pleasure to meet you, too, and we have conveyed your message to the Secretary-General.

All the best,

Susanne


**Kaveh Afrasiabi**
**To:** sgcentral
Wed, Sep 5, 2018 at 2:06 PM

Your Excellency,

    I write this letter to bring to your attention my oped-article in New York Times that calls for a meeting of US and Iranian presidents at the UN, suggesting a role by your excellency as interlocutor.  In order to make this a reality, I suggest an immediate meeting whereby I and my colleague professor Entessar can discuss with you our vision of how to proceed, given the obstacles on both sides.  Given the small window of time and the urgency of this matter, I strongly urge you to consider our suggestion at your earliest convenience.

    For your information, I am also a former consultant on UN's Program on Dialogue Among Civilizations and have made several contributions to UN Chronicle, including an interview with former president Mohammad Khatami, as well as with former undersecretary for peacekeeping Mr. Guehenno, the head of Peacebuilding Commission, etc. I am the author of numerous books and

articles, including UN Management Reform which has been on sale at UN Bookstore (links below).

    Respectfully Submitted,

    Kaveh L. Afrasiabi, Ph.D.


Link for the NYTimes oped:

https://www.nytimes.com/2018/09/05/opinion/trump-rouhani-summit-meeting.html
Link for the book on UN Management Reform:
Kaveh L. Afrasiabi | UN Chronicle

**Kaveh L. Afrasiabi | UN Chronicle**

Link for the Interview with Mr. Guehenno:
https://www.amazon.com/Management-Reform-Selected-Articles-Interviews/dp/1453824634

- **SGCentral**

**To:** Kaveh Afrasiabi
Wed, Sep 5, 2018 at 2:50 PM

Dear Professor Afrasiabi,

Thank you for your e-mail below. In order to properly process it we would like to ask that you resubmit your letter in a formal format, addressed to the Secretary-General. Please indicate in the letter the preferred date and time for the requested meeting. This will allow us to log it and process appropriately.

Thank you and best regards,

**SG Central / Central Records Unit**
Executive Office of the Secretary-General
United Nations, UNHQ, S-3783
Email: sgcentral@un.org

**From:** Kaveh Afrasiabi
**Sent:** Wednesday, 05 September, 2018 2:06 PM
**To:** SGCentral <sgcentral@un.org>
**Subject:** URGENT LETTER TO MR. GUTERRES

Your Excellency,

    I write this letter to bring to your attention my oped-article in New York Times that calls for a meeting of US and Iranian presidents at the UN, suggesting a role by your excellency as interlocutor.  In order to make this a reality, I suggest an immediate meeting whereby I and my colleague professor Entessar can discuss with you our vision of how to proceed, given the obstacles on both sides.  Given the small window of time and the urgency of this matter, I strongly urge you to consider our suggestion at your earliest convenience.

    For your information, I am also a former consultant on UN's Program on Dialogue Among Civilizations and have made several contributions to UN Chronicle, including an interview with former president Mohammad Khatami, as well as with former undersecretary for peacekeeping Mr. Guehenno, the head of Peacebuilding Commission, etc. I am the author of numerous books and articles, including UN Management Reform which has been on sale at UN Bookstore (links below).

    Respectfully Submitted,

    Kaveh L. Afrasiabi, Ph.D.

Link for the NYTimes oped:
https://www.nytimes.com/2018/09/05/opinion/trump-rouhani-summit-meeting.html
Link for the book on UN Management Reform:
Kaveh L. Afrasiabi | UN Chronicle

> **Kaveh L. Afrasiabi | UN Chronicle**

Link for the Interview with Mr. Guehenno:
https://www.amazon.com/Management-Reform-Selected-Articles-Interviews/dp/1453824634

- 

3

**SGCentral** <sgcentral@un.org>
**To:** Kaveh Afrasiabi
  Wed, Sep 5, 2018 at 4:34 PM

Dear Mr Afrasiabi,

This is to confirm the receipt of the e-mail message below and the attachment.

Best regards,

**Kaveh Afrasiabi**
**To:**SGCentral
Wed, Sep 5, 2018 at 4:35 PM

Thank you, again we are dealing with a tight window of opportunity and please bring it to SG's attention immediately.

On Wednesday, September 5, 2018 01:34:33 PM PDT, SGCentral <sgcentral@un.org> wrote:

Dear Mr Afrasiabi,

This is to confirm the receipt of the e-mail message below and the attachment.

Best regards,

**SG Central / Central Records Unit**

Executive Office of the Secretary-General

United Nations, UNHQ, S-3783

Email: sgcentral@un.org