| | |
|---|---|
| From: | Kaveh Afrasiabi |
| Sent: | Thursday, February 4, 2021 9:06 AM |
| To: | Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Samuel Rosh |
| Cc: | Talia Magnas |
| Subject: | Re: United States v. Afrasiabi, 21-cr-46 supplementary motion |
| Attachments: | File-Stamped M&O dated 1.31.21.pdf |

**CAUTION - EXTERNAL:**

[Let's Not Make Criminals of Those Failing to Complete the Right Paperwork](#)



**Let's Not Make Criminals of Those Failing to Complete the Right Paperwork**

Stop Making Criminals of Those Failing to Complete the Right Paperwork

On Sunday, January 31, 2021, 04:03:33 PM EST, Samuel Rosh <samuel_rosh@nyed.uscourts.gov> wrote:

Please see the attached order entered by Judge Korman. As a courtesy, we have entered Mr. Afrasiabi's motions and email correspondence to us on the public docket.

Sincerely,

Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

---

**From:** Kaveh Afrasiabi
**Sent:** Sunday, January 31, 2021 12:59 PM
**To:** Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Cc:** Talia Magnas <Talia_Magnas@nyed.uscourts.gov>
**Subject:** Re: United States v. Afrasiabi, 21-cr-46 supplementary motion

**CAUTION - EXTERNAL:**

Dear Clerk:

Attached please find my Supplementary Motion For Release of Grand Jury Evidence. I will mail this supplementary motion this week as well. Due to my home arrest, however, there may be a delay in sending them. I pray the court to accept these motions on a preliminary basis via internet.

Respectfully,

Kaveh L. Afrasiabi, Pro Se

On Friday, January 29, 2021, 06:56:26 PM EST, Samuel Rosh <samuel_rosh@nyed.uscourts.gov> wrote:

Counsel:

Please see the attached order entered by Judge Korman.

Sincerely,

Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.