| | |
|---|---|
| **From:** | Kaveh Afrasiabi |
| **Sent:** | Sunday, February 7, 2021 8:53 AM |
| **To:** | Richardson, Ian (USANYE) 1; wkeefelaw@gmail.com; Talia Magnas; Samuel Rosh; Deirdre Vondornum |
| **Subject:** | Re: Defendant's Emergency Letter |
| **Attachments:** | lettertocourhearingdismiss.docx |

**CAUTION - EXTERNAL:**

Dear Clerk:
 Attached please find the Defendant's Emergency Letter to the Court Demanding a Hearing on the Motion to Dismiss.

Thank you.

Afrasiabi, Pro Se

On Friday, February 5, 2021, 05:46:57 PM EST, Samuel Rosh <samuel_rosh@nyed.uscourts.gov> wrote:


Thank you for letting us know, Mr. Arasiabi.


Judge Korman wanted to let you know that he has asked Deirdre von Dornum of the Federal Defenders to act as standby counsel, which means that she will be available to consult with you. Ms. von Dornum's appointment does not affect in any way your ability to represent yourself; she will simply be a resource to you.


Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

---

**From:** Kaveh Afrasiabi
**Sent:** Friday, February 5, 2021 5:26 PM
**To:** Richardson, Ian (USANYE) 1 <ian.richardson@usdoj.gov>; wkeefelaw@gmail.com; Talia Magnas

&lt;Talia_Magnas@nyed.uscourts.gov&gt;
Cc: Samuel Rosh &lt;Samuel_Rosh@nyed.uscourts.gov&gt;
Subject: Re: United States v. Afrasiabi -- Conference

**CAUTION - EXTERNAL:**

Hi I have asked attorney Keefe to submit his motion to withdraw and not to take part in the zoom hearing. His only fiduciary responsibility is toward me and he is not answerable to anyone outside his jurisdiction either.

Dr Kaveh Afrasiabi

On Friday, February 5, 2021, 03:11:06 PM EST, Talia Magnas &lt;talia_magnas@nyed.uscourts.gov&gt; wrote:

Billy,

Does Tuesday @ 11am work for you for a test videoconference?

Thank you,

Tali

**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov

---

**From:** Kaveh Afrasiabi
**Sent:** Friday, February 5, 2021 2:48 PM
**To:** Richardson, Ian (USANYE) 1 <ian.richardson@usdoj.gov>; wkeefelaw@gmail.com; Talia Magnas <Talia_Magnas@nyed.uscourts.gov>
**Cc:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Subject:** Re: United States v. Afrasiabi -- Conference

**CAUTION - EXTERNAL:**

Tuesday 11 is fine for me.

On Friday, February 5, 2021, 01:42:53 PM EST, Talia Magnas <talia_magnas@nyed.uscourts.gov> wrote:

Unfortunately not, Ian. We have a proceeding at 2pm on Monday. I can be free as of 4:30pm, but if we run into technical issues, the Court's IT staff likely won' be able to assist after 5pm.

How does Tuesday work for everyone? I can make myself available all day, 9am-5:30pm.

Thanks,

Tali

**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov

---

**From:** Richardson, Ian (USANYE) 1 <Ian.Richardson@usdoj.gov>
**Sent:** Friday, February 5, 2021 1:38 PM
**To:** Talia Magnas <Talia_Magnas@nyed.uscourts.gov>; wkeefelaw@gmail.com; Kaveh Afrasiabi

**Cc:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Subject:** RE: United States v. Afrasiabi -- Conference

**CAUTION - EXTERNAL:**

Thanks, Tali.  I'm tied up on Monday until 2:00 pm.  Would 2:00 pm on Monday work?

---

**From:** Talia Magnas <Talia_Magnas@nyed.uscourts.gov>
**Sent:** Friday, February 5, 2021 1:29 PM
**To:** Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>; wkeefelaw@gmail.com; Kaveh Afrasiabi

**Cc:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Subject:** RE: United States v. Afrasiabi -- Conference

Update:  The defendant has proposed 11am on Monday.

Please let me know if that works for the rest of you.

Thank you,

4

Tali

**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov

---

**From:** Talia Magnas
**Sent:** Friday, February 5, 2021 1:22 PM
**To:** Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Kaveh Afrasiabi
**Cc:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Subject:** RE: United States v. Afrasiabi -- Conference

Hi all,

I hope this message finds you safe and healthy.

I'd like to offer you a test videoconference in advance of Wednesday's hearing to make sure you can connect remotely to the Court's videoconference platform, Cisco webex.  The test will allow us to address any technical issues in advance of the hearing.

I am available on Monday morning and all day Tuesday.  Keep in mind that I am referring to business hours (9am-5:30pm).

Thank you,

Tali


**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov


**From:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Sent:** Thursday, February 4, 2021 11:09 AM
**To:** Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Kaveh Afrasiabi
**Cc:** Talia Magnas <Talia_Magnas@nyed.uscourts.gov>
**Subject:** United States v. Afrasiabi -- Conference


Hi all,


Judge Korman would like to schedule the videoconference for the afternoon of February 10.  Could you please let us know your availability, perhaps for 2:30?


Thanks,

Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.