**From:** Kaveh Afrasiabi
**Sent:** Tuesday, February 9, 2021 5:12 PM
**To:** Samuel Rosh; Deirdre Vondornum; Richardson Ian (USANYE) 1
**Subject:** Fw: correction

**CAUTION - EXTERNAL:**

Dear Clerk:

Below is my letter titled "correction" that I hope Judge Korman can read in entirety. Mr. Richardson in his attempt to deny me my pro se status has written a letter to the court that simply paraphrases my email without bothering to show the entire email, that simply shows my truthfulness. Instead Mr. Richardson has made an out of context minimal use of it to suggest I have engaged in a pro se mistake of self-incrimination.  That is not accurate.

Dr Kaveh Afrasiabi, Pro Se

----- Forwarded Message -----
**From:** Kaveh Afrasiabi
**To:** Richardson Ian (USANYE) 1 <ian.richardson@usdoj.gov>
**Sent:** Tuesday, February 2, 2021, 10:37:20 PM EST
**Subject:** correction

Dear Mr. Richardson, the figure 259K is probably wrong. I am not good at math but I recall a few times the Mission had problems with their bank account -- I recall they said it had been closed and they were asking UN's help to open another one -- and asked if I could go to New York and get the monthly in cash which I did until they fixed their account issue.  Please check with Chase Manhattan Bank, they suddenly closed all accounts of any one associated with UN and until they did I used to deposit the checks there.
I hope you find this information useful.

Kaveh Afrasiabi, Pro Se
ps when I was on zoom I told the probation officer on January 20th that the amount was 3k plus health insurance  there was never any raise for the part-time consulting

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.