Dear Judge Edward Harrington:

I write this letter on behalf of my colleague and former student Dr. Kaveh Afrasiabi who is seeking justice against mighty Harvard in your court. I am shocked to learn from Kaveh that Harvard has reversed itself on the settlement after consenting to it at the hearing in May. As you may recall, after Your Honor proposed the monetary settlement and the two-year fellowship for Kaveh to recover from his extensive damages, Harvard's attorneys asked for a recess and then came back and told the court that they agreed. At that point I requested to approach the bench and it was granted. I then implored your Honor to increase the money amount awarded to Kaveh and Your Honor responded, "I am sorry but this is the best I can do." Kaveh then consented as well and Your Honor shook his hand and wished him good luck and instructed both sides to put their consent in writing. I have seen the letter of consent by Kaveh that he submitted the very next day and, logically-speaking, my impression was that the case is over and Kaveh has received a token of justice after all that he has unjustly suffered in the hands of Harvard University and its cronies. As a professor of *Law and Justice* for the past 30 years, I am absolutely shocked and baffled to learn that Your Honor has complied with Harvard's unreasonable and unlawful request to proceed to trial (against a powerless pro se) despite the fact, witnessed by me and a dozen other witnesses in court at that hearing, that Your Honor made a <u>final decision</u> to close the case after both sides consented to the modest settlement proposal. In my opinion, this raises serious questions regarding Harvard's manipulation of the justice system and runs contrary to the spirit of American justice. Therefore, I feel morally and ethically compelled to impress upon your Honor the importance of upholding the principle of equal justice by implementing the final decision of the court with respect to the settlement at the hearing above-mentioned. There is no doubt in my mind that failure to do so may win Harvard a tainted victory in court but will come at a higher price for the prestige and credibility of both Harvard and this court, which has seemingly chosen to prioritize appeasing the powerful defendants over the dictates of justice.

*[signature: Howard Zinn]*

Political Science Professor, Boston University

September 12, 1998