UNITED STATES DISTRICT COURT
District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>         Plaintiff,                           )<br>         versus                              )<br>                                                )<br>Kaveh L. Afrasiabi,                   )<br>         Defendant.                      ) | Case No: 21-MJ-50 |

### DEFENDANT'S CLARIFICATION REGARDING DEFAMATORY STATEMENT OF PROSECUTION ON FEBRUARY 10, 2021

    Now comes the Defendant, Afrasiabi pro se, and hereby provides clarification with respect to the defamatory presentation of the Government at the hearing on February 10, 2021. At the said hearing, US Attorney Ian Richardson alluded to Afrasiabi's "arrest records" and in particular to the charges of "harassment" and making "telephone calls" against him in Massachusetts. Unfortunately, attorney Richardson failed to clarify to the court that (a) there was no record of conviction and or any probation for the Defendant with respect to any of those charges, and (b) that those criminal proceedings had been resolved in favor of the Defendant, and moreover (c) Defendant had recovered $25000.00 monetary compensation for medical damages to him in one case (police brutality) and an out of court settlement and a letter of apology to him by his (harassment) accusers including Cambridge Police in the other case (in which Afrasiabi successfully filed a law suit in the federal court in Boston after being exonerated). *See Exhibit No. 1.*

    Defendant states that in both the above-mentioned cases, Afrasiabi was subjected to malicious prosecution and suffered the pain and suffering of incarceration lacking any justifiable reason, and the Prosecution in this instant case has maliciously appropriated the past instance of Defendant's flagrant victimization and outright police brutality to his advantage in order to defame him publicly and smear him with the court, whereas a decent and candid representation by a Government representative dictates the disclosure of truth even though it may not be in their favor.

    This clarification is important because it illuminates a broader and more encompassing problem with the Government's representations to the Court that, sadly, leave a lot to be desired from the standard of justice.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

Certificate of Copy: A true copy of this Clarification has been served on the Plaintiff on this date, 02/11/21, under the pains and penalties of perjury.

Kaveh L. Afrasiabi