### Watertown Iranian pundit claims 'police brutality' in Cambridge ...

www.wickedlocal.com › article › news

Jul 8, 2010 — Kaveh L. **Afrasiabi**, 53, an Iranian academic **and** media consultant from ... On the way to **Cambridge District Court**, **Afrasiabi** said the **police** ... **Afrasiabi** is demanding the **Cambridge Police** Department, the city **and** the **U.S.** Attorney General ... He has lectured at Harvard University, **Boston** University **and** most …

In November 2010, the City "agreed to cover $25000.00 of **Afrasiabia's** medical expense[s]. .

The Cambridge **district court** arraigned plaintiff **and** eventually released ... **Moser** in the small claims session of the **Massachusetts District Court**

### Afrasiabi v. Moser, et al 16-1878 | U.S. Court of Appeals, First ...

dockets.justia.com › docket › circuit-courts

Jul 6, 2016 — ... ALEXANDRA MOSER, **CAMBRIDGE POLICE** DEPARTMENT, ANN DIMASCIO **and CAMBRIDGE**, MA.