| | |
|---|---|
| **From:** | Kaveh Afrasiabi |
| **Sent:** | Thursday, February 11, 2021 5:15 PM |
| **To:** | Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Talia Magnas |
| **Cc:** | Samuel Rosh |
| **Subject:** | Re: Defendant's Clarification |
| **Attachments:** | defendantclarification.docx; clarification.odt |

**CAUTION - EXTERNAL:**

Dear Clerk:
Attached please find the Defendant's Clarification Regarding the Defamatory Representation by the Government on February 10, 2021.

Thank you.

Afrasiabi, Pro Se

On Friday, February 5, 2021, 01:28:35 PM EST, Talia Magnas <talia_magnas@nyed.uscourts.gov> wrote:

Update:  The defendant has proposed 11am on Monday.

Please let me know if that works for the rest of you.

Thank you,

Tali

**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov

---

**From:** Talia Magnas
**Sent:** Friday, February 5, 2021 1:22 PM
**To:** Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Kaveh Afrasiabi
**Cc:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Subject:** RE: United States v. Afrasiabi -- Conference

Hi all,

I hope this message finds you safe and healthy.

I'd like to offer you a test videoconference in advance of Wednesday's hearing to make sure you can connect remotely to the Court's videoconference platform, Cisco webex.  The test will allow us to address any technical issues in advance of the hearing.

I am available on Monday morning and all day Tuesday.  Keep in mind that I am referring to business hours (9am-5:30pm).

Thank you,

Tali



**Talia Magnas**

Case Manager

Chambers of Honorable Edward R. Korman

U. S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Tel: (718) 613-2476

Fax: (718) 613-2264

Talia_Magnas@nyed.uscourts.gov

---

**From:** Samuel Rosh <Samuel_Rosh@nyed.uscourts.gov>
**Sent:** Thursday, February 4, 2021 11:09 AM
**To:** Ian.Richardson@usdoj.gov; wkeefelaw@gmail.com; Kaveh Afrasiabi <kavehafrasiabi@yahoo.com>
**Cc:** Talia Magnas <Talia_Magnas@nyed.uscourts.gov>
**Subject:** United States v. Afrasiabi -- Conference

Hi all,

Judge Korman would like to schedule the videoconference for the afternoon of February 10.  Could you please let us know your availability, perhaps for 2:30?

Thanks,

Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.