| | |
|---|---|
| From: | Kaveh Afrasiabi |
| Sent: | Friday, February 12, 2021 10:30 PM |
| To: | Richardson, Ian (USANYE) 1; Deirdre Vondornum; Samuel Rosh |
| Cc: | Talia Magnas |
| Subject: | Re: DEFENDANT'S LETTER TO COURT ON THE CRUEL AND UN-AMERICAN ABUSES OF HIS RIGHTS |
| Attachments: | lettercruelty.docx |

**CAUTION - EXTERNAL:**

Dear Clerk:

Attached please find the Defendant's Letter to the Court on the Cruel and Un-American Abuses of His Human Rights in America.

Thank you.

Afrasiabi, Pro Se

On Friday, February 12, 2021, 02:50:46 PM EST, Samuel Rosh <samuel_rosh@nyed.uscourts.gov> wrote:

Dear all,

Please see the attached orders entered by Judge Korman.

Samuel Rosh

Law Clerk to the Honorable Edward R. Korman

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

(718) 613-2474

Samuel_Rosh@nyed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2