**From:** Kaveh Afrasiabi
**Sent:** Saturday, February 13, 2021 10:43 AM
**To:** Samuel Rosh; Talia Magnas
**Subject:** Fw: please read this

**CAUTION - EXTERNAL:**

Dear Samuel:
M.I.T. professor Noam Chomsky's reaction to my latest letter to the court below. Please bring this to the Judge's attention.

Afrasiabi, Pro Se

----- Forwarded Message -----
**From:** Noam Chomsky <chomsky@mit.edu>
**To:** Kaveh Afrasiabi
**Sent:** Friday, February 12, 2021, 11:58:45 PM EST
**Subject:** Re: please read this

Powerful statement. I hope someone will hear.

---

**From:** Kaveh Afrasiabi
**Date:** Friday, February 12, 2021 at 9:43 PM
**To:** Noam Chomsky <chomsky@mit.edu>
**Subject:** please read this

Hi Noam see attached

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.