**Samuel Rosh**

| | |
|---|---|
| **From:** | Kaveh Afrasiabi <kavehafrasiabi@yahoo.com> |
| **Sent:** | Sunday, February 14, 2021 5:34 AM |
| **To:** | Samuel Rosh; Talia Magnas; Richardson Ian (USANYE) 1; Deirdre Vondornum |
| **Subject:** | Re: please read this |

**CAUTION - EXTERNAL:**

Dear Mr. Samuel Rosh:

For the court's attention, here is the link for my Open Letter to American Political Science Association. This Letter will be sent to the officers and president, as well as members, of the said association:

Open Letter to American Political Science Association



**Open Letter to American Political Science Association**

Thank you.

Afrasiabi, Pro Se


On Saturday, February 13, 2021, 10:42:39 AM EST, Kaveh Afrasiabi <kavehafrasiabi@yahoo.com> wrote:


Dear Samuel:
M.I.T. professor Noam Chomsky's reaction to my latest letter to the court below. Please bring this to the Judge's attention.

Afrasiabi, Pro Se

----- Forwarded Message -----
**From:** Noam Chomsky <chomsky@mit.edu>
**To:** Kaveh Afrasiabi <kavehafrasiabi@yahoo.com>

1

**Sent:** Friday, February 12, 2021, 11:58:45 PM EST
**Subject:** Re: please read this

Powerful statement.  I hope someone will hear.

---

**From:** Kaveh Afrasiabi <kavehafrasiabi@yahoo.com>
**Date:** Friday, February 12, 2021 at 9:43 PM
**To:** Noam Chomsky <chomsky@mit.edu>
**Subject:** please read this

Hi Noam see attached

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.