**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 15, 2021

VIA ECF & EMAIL
Hon. Edward R. Korman
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Kaveh Afrasiabi, No. 21-cr-46 (ERK)

Dear Judge Korman,

  At Dr. Afrasiabi's direction, I respectfully move to withdraw the following previously-filed motions: ECF Nos. 15, 16, 17, 18, 19, 24. We ask that all withdrawn motions be removed from the public docket. With respect to the motion for release of grand jury materials (ECF Nos. 10, 11), Dr. Afrasiabi requests leave to amend and supplement it.

              Respectfully submitted,
              /s/
              Deirdre D. von Dornum
              *Standby Counsel to Kaveh Afrasiabi*

cc:  Dr. Kaveh Afrasiabi (by E-Mail)
   A.U.S.A. Ian Richardson (by ECF and E-Mail)