**From:** Kaveh Afrasiabi
**Sent:** Wednesday, February 17, 2021 9:11 AM
**To:** Samuel Rosh; Talia Magnas; Richardson Ian (USANYE) 1; Deirdre Vondornum
**Subject:** Communication from Iran's Foreign Minister

**CAUTION - EXTERNAL:**

Dear Clerk:

   Defendant Afrasiabi wishes to bring to the Court's attention the email received from Iran's Foreign Minister, Javad Zarif today, February 17, 2021, which is in response to an email sent by my standby attorney on my behalf requesting documentation and complaint by Iran to UN Secretary General.  Foreign Minister Zarif's email is as follows:

- "<jzarif@gmail.com>

    To:'Deirdre Vondornum',m.travanchi@mfa.gov.ir

    Cc:kavehafrasiab              ,legal@daftar.org

    Wed, Feb 17 at 5:25 AM

    Greetings and many thanks for your email.


    I and my colleagues were shocked and outraged by the arrest of and absurd accusations against Dr. Afrasiabi—a well-respected scholar and consultant with brilliant record of public service in promoting dialogue and peace and enlightening public opinion in Iran, the United States and across the world.


    My colleagues at our Mission to the United Nations and our Interest Section in Washington DC (cc'd) are prepared to provide all appropriate assistance to you and Dr. Afrasiabi.


    I wish both of you every success and please do not hesitate to write to me.


    Best regards,

    Javad Zarif"

Afrasiabi, Pro Se

---

**From:** Deirdre Vondornum <Deirdre_Vondornum@fd.org>
**Sent:** Tuesday, February 16, 2021 1:53 AM
**To:** m.travanchi@mfa.gov.ir; jzarif@gmail.com
**Cc:** kavehafrasiabi
**Subject:** Email on Behalf of Dr. Kaveh Afrasiabi

Dear Foreign Minister Javad Zarif and Ambassador Ravanchi:

My name is Deirdre von Dornum, and I am the standby counsel for Dr. Kaveh Afrasiabi, appointed by federal judge Edward R. Korman in the case of United States versus Afrasiabi, pending in the US District Court for the Eastern District of New York.

I write this letter at the request of Dr. Afrasiabi, who is for the moment representing himself and who has pleaded not guilty. Dr. Afrasiabi has denied the government's allegations regarding certain phone calls and emails attributed to him, citing evidence of prior hackings of his email and his cell phone.

In light of his long track record as an international affairs consultant for the Mission of Islamic Republic of Iran since 2007, Dr. Afrasiabi requests the following:

(1) to continue his consulting role and to receive the exact same benefits as in the past -- any interruption simply reinforces the US government's claim that Dr. Afrasiabi was involved in an unlawful act by consulting for the Mission of Islamic Republic of Iran;

(b) for you to file a complaint with the UN Secretary General and to bring to his attention Dr. Afrasiabi's extensive contributions to UN causes, such as assisting Mr. Giandomenico Picco, the Special Representative on Dialogue Among Civilizations, interviewing President Khatami on Dialogue for UN Chronicle, authoring a book on UN Management Reform that contains interviews with several UN high officials including the Undersecretary for Peacekeeping Operations, initiating an NGO, Global Interfaith Peace, and "UN & the World" on social media. Dr. Afrasiabi also wishes to remind the UN that he was the chairman of World Youth Festival on Dialogue Among Civilizations in Vilnius, Lithuania, and has participated in a number of NPT review conferences as an expert on nuclear affairs.

(c) for you to provide documentation that the Iran mission is entitled under UN rules to seek outside consultants for its international affairs and, therefore, the present charges against Dr. Afrasiabi violate the United States' agreement with UN.

In conclusion, Dr. Afrasiabi after spending approximately one week in prison, is presently under house arrest and the court has scheduled a status hearing for the end of April, 2021.

Dr. Afrasiabi intends to contact the legal department of Iran interest section in Washington, D.C., in the near future regarding the legal aspect of his situation.

Please feel free to contact me by phone or email. Dr. Afrasiabi's condition of release is that he can contact the Iranian officials only in the presence of the standby counsel.  I have copied Dr. Afrasiabi here, but please do  not reach out to  him directly, or it will violate the Court's Order.

With gratitude,

Deirdre D. von Dornum


Deirdre D. von Dornum

(she, her)

Attorney-in-Charge | EDNY

Federal Defenders of New York

deirdre_vondornum@fd.org

- o
- o
- o
- o

---

-

17
Settings

M. Javad Zarif
jzarif@gmail.com
+ Add to contacts

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.