**From:** Kaveh Afrasiabi
**Sent:** Friday, February 19, 2021 9:57 AM
**To:** Samuel Rosh; Talia Magnas; Deirdre Vondornum; Richardson Ian (USANYE) 1; Noam Chomsky
**Subject:** IMPORTANT ANNOUNCEMENT TO THE COURT

**CAUTION - EXTERNAL:**

   This is to inform His Honor Judge Kormann that I intend to commence an indefinite hunger strike as of next week to protest the racist, thinly-veiled, abuse of my human rights -- for the fifth time in twenty five years in the United States of America.  Whereas I worked legally and transparently as an Iran international affairs consultant for over 13 years with the full knowledge of US government from day one, I am today treated like a criminal and "national security threat" subjected to dehumanizing and harsh mistreatment, contrary to the Declaration of Human Rights and UN Charter.  The US attorney in New York and his henchmen have made outrageous extrajudicial statements defaming me publicly and significantly harming my hard-earned academic credential over 35 years, completely disregarding my serious contributions to the cause of peace and dialogue between US and Iran, invading my privacy and having zero respect for my private life and personal property, and treating me like an animal by attaching a device to me that has caused recurrent physical pain.

   Dr. Kaveh L. Afrasiabi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.