**From:** Kaveh Afrasiabi
**Sent:** Saturday, February 20, 2021 1:42 PM
**To:** Richardson Ian (USANYE) 1; Talia Magnas; Deirdre Vondornum; Samuel Rosh
**Subject:** withdrawing notice of appeal

**CAUTION - EXTERNAL:**

Dear Mr. Samuel:
 My sincere apology. After consulting with my standby attorney, I realize it was a mistake on my part to send that notice of interlocutory appeal. Please disregard it and do not docket it.
Thank you.

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.