UNITED STATES DISTRICT COURT
District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No: 21-MJ-50 |
|     Plaintiff,  ) | |
|     versus  ) | |
| ) | |
| Kaveh L. Afrasiabi,  ) | |
|     Defendant.  ) | |

## DEFENDANT'S LETTER TO THE COURT REGARDING HIS EXCULPATORY ARTICLES

      Defendant Kaveh Afrasiabi, pro se, respectfully brings to the court's attention approximately 250 of his articles that reflect the Defendant's integrity and high standard as a Middle East expert, contrary to the false allegations of the US government dismissing his writings as pure propaganda. This list does not include the Defendant's books and is presented as exculpatory evidence.
These articles have appeared in New York Times, Boston Globe, Washington Post, SF Chronicle, UN Chronicle, Council on Foreign Relations, Washington Times, Guardian, Harvard Theological Review, Harvard International Review, Columbia Journal of International Affairs, Brown's Journal of International Affairs, Middle East Journal, Global Dialogue, Asia Times, etc.   Many are reprinted in Iran Review citing the original source at bottom of each article. **In many of these articles, the subject of US-Iran peace and dialogue and negotiations are discussed, showing Afrasiabi's role as an agent of peace.**

Afrasiabi, Pro Se

    https://www.nytimes.com/2018/09/05/opinion/trump-rouhani-summit-meeting.html

    http://www.worldsecuritynetwork.com/Iran/Afrasiabi-Kaveh/Mission-impossible-True-US-Iran-dialogue

    https://www.nytimes.com/search?query=afrasiabi&sort=best

    https://www.cambridge.org/core/journals/harvard-theological-review/article/abs/communicative-theory-and-theology-a-reconsideration/2F4A64A5D63833FDDC3912ACF520813C

    https://www.bostonglobe.com/opinion/2015/04/02/outline-for-iran-deal-marks-new-milestone/5n57dDAm0sV80Ou6SoehFN/story.html

https://www.bostonglobe.com/opinion/editorials/2015/04/02/outline-iran-deal-offers-best-chance-thaw-relations/tXwhHCuUVYL15yOIt3573J/story.html

https://www.bostonglobe.com/opinion/2014/11/19/nuclear-deal-could-reset-iran-relations/eovhBLrPdNOCG1Zn7eNDXN/story.html

htttps://www.jstor.org/stable/4329913?seq=1

https://www.bostonglobe.com/opinion/2013/09/23/iran-rouhani-obama-foreign-policy-litmus-test/WwWy0LHc3e9lhwbiG6a8oL/story.html

https://www.jstor.org/stable/4329913?seq=1

https://lobelog.com/yemen-gateway-to-iran-u-s-dialogue/

https://iranian.com/2008/09/27/hero-for-humanity/

http://journal.telospress.com/content/1999/115/109.abstract

http://www.irdiplomacy.ir/en/news/1998550/toward-a-reset-in-us-iran-relations

https://www.middleeasteye.net/opinion/us-election-biden-president-iran-change

https://www.kcrw.com/people/kaveh-afrasiabi

https://www.washingtonpost.com/wp-dyn/content/discussion/2009/06/18/DI2009061801702.html

http://www.irdiplomacy.ir/en/news/1980496/lessons-from-nafta-for-iran-to-renegotiate-the-nuclear-deal

https://lobelog.com/the-icj-ruling-an-interim-victory-for-iran-and-the-world/

http://www.irdiplomacy.ir/en/news/1975425/le-drian-rsquo-s-constructive-tehran-visit

http://bjwa.brown.edu/25-1/the-trump-administrations-compellence-strategy-and-irans-melian-dilemma/

http://www.irdiplomacy.ir/en/news/1997049/jcpoa-plus-mutual-confidence

https://jia.sipa.columbia.edu/online-articles/united-states-and-iran-confrontation-or-dialogue

https://asiatimes.com/2020/04/no-pandemic-peace-for-the-us-and-iran/

https://www.middleeasteye.net/opinion/coronavirus-iran-us-must-step-back-sanctions-disease-ravages

https://asiatimes.com/2020/11/tehran-rekindles-nagorno-karabakh-peacemaker-role/

https://lobelog.com/the-sochi-agreement-and-its-implications/

http://www.irdiplomacy.ir/en/news/1985900/a-new-us-iran-diplomacy-

https://lobelog.com/can-macrons-iran-initiative-succeed/

https://lobelog.com/collective-security-in-persian-gulf-can-it-fly/

https://www.middleeasteye.net/opinion/what-will-come-emerging-gulf-thaw

https://www.washingtonpost.com/wp-dyn/content/article/2007/12/16/AR2007121601428.html

https://www.belfercenter.org/person/kaveh-l-afrasiabi/publication

https://www.middleeasteye.net/opinion/azerbaijan-armenia-conflict-baku-way-out-war

https://www.middleeasteye.net/opinion/how-can-we-prevent-new-iran-nuclear-crisis

https://www.middleeasteye.net/opinion/rouhani-new-york-can-us-and-iran-make-nice

http://journal.telospress.com/content/1999/117/190.abstract

http://america.aljazeera.com/opinions/2014/5/iran-nuclear-talksviennaus.html

https://lobelog.com/can-iran's-nam-presidency-help-resolve-the-nuclear-dispute/

https://asiatimes.com/2020/10/why-peace-in-nagorno-karabakh-is-now-a-bigger-ask/

https://www.sfchronicle.com/opinion/article/U-S-Iran-need-to-build-confidence-2502044.php

https://www.sfchronicle.com/opinion/openforum/article/On-Nuclear-Negotiations-A-new-way-forward-2551966.php

https://www.sfchronicle.com/opinion/openforum/article/On-the-Iraq-Study-Group-Recommendations-Common-2483270.php

https://www.sfchronicle.com/opinion/openforum/article/Crisis-de-fusion-in-Iran-The-case-for-a-nuclear-2652087.php

https://www.sfchronicle.com/opinion/openforum/article/Election-Outcome-Offers-Climate-for-U-S-To-2795763.php

https://www.eurasiareview.com/29032016-islam-and-non-violence-the-derailed-project-oped/

https://www.eurasiareview.com/01092016-de-escalating-tensions-between-us-and-iran-oped/

https://www.belfercenter.org/publication/negotiating-irans-nuclear-populism

https://www.theguardian.com/profile/kaveh-afrasiabi

http://www.iranreview.org/content/Documents/The_Biden_Factor_in_US_Iran_Relations.htm

http://www.iranreview.org/content/Documents/De-Escalating-Tensions-Between-US-And-Iran.htm

http://www.iranreview.org/content/Documents/Need-For-Incident-at-Sea-Agreement-Between-US-and-Iran.htm

http://www.iranreview.org/content/Documents/The-Iran-Accord-and-Middle-East-Modernism.htm

http://www.iranreview.org/content/Documents/Barack-Obama-and-His-Diplomatic-Legacy-From-an-Iranian-viewpoint.htm

http://www.iranreview.org/content/Documents/The-Nuclear-Accord-Is-Legally-Binding.htm

http://www.iranreview.org/content/Documents/Death-Of-A-Humanist-Filmmaker-Kiarostami-And-The-Culture-Of-Peace.htm

http://www.iranreview.org/content/Documents/Improved-Prospect-for-US-Iran-Rapprochement.htm

http://www.iranreview.org/content/Documents/Rouhani-in-New-York-Can-US-and-Iran-Make-Nice-.htm

http://www.iranreview.org/content/Documents/Selected-U-S-Iran-Cooperation-after-the-Nuclear-Deal.htm

http://www.iranreview.org/content/Documents/Landmark-Deal-Depends-on-Faithful-Implementation.htm

http://www.iranreview.org/content/Documents/Nuclear-Deal-Will-Brighten-Middle-East-Prospects.htm

http://www.iranreview.org/content/Documents/Outline-for-Iran-Deal-Marks-a-New-Milestone.htm

http://www.iranreview.org/content/Documents/Iran-and-the-2015-NPT-Review-Conference-Disarmament.htm

http://www.iranreview.org/content/Documents/The-Geneva-Deal-as-soft-law-International-Agreement.htm

http://www.iranreview.org/content/Documents/Ashton-Carter-Iran-and-Incident-at-Sea.htm

http://www.iranreview.org/content/Documents/Iran-Should-Accept-US-Presidential-Waiver.htm

http://www.iranreview.org/content/Documents/Opening-the-Black-Box-of-Geneva-Agreement-s-Legal-Status.htm

http://www.iranreview.org/content/Documents/Iran-Nuclear-Talks-and-US-India-Deal-A-Comparison.htm

http://www.iranreview.org/content/Documents/The-Case-for-Extending-the-Nuclear-Talks.htm
http://www.iranreview.org/content/Documents/A-Proposed-Two-Track-Nuclear-Negotiations.htm

http://www.iranreview.org/content/Documents/Sanctions-Removal-or-Sanctions-relief-A-Bridgeable-Gap.htm

http://www.iranreview.org/content/Documents/Security-Dimension-Missing-in-Nuclear-Talks.htm

http://www.iranreview.org/content/Documents/Clinching-A-Final-Deal-with-Iran.htm

http://www.iranreview.org/content/Documents/The-Necessity-of-Derogation-Clauses-in-A-Final-Deal.htm

http://www.iranreview.org/content/Documents/Ukraine-Crisis-Prevention-An-Iranian-Perspective.htm

http://www.iranreview.org/content/Documents/Toward-A-Final-Deal-or-Interim-II-.htm

http://www.iranreview.org/content/Documents/Geneva-Accord-Spells-End-of-Unilateralism-on-Iran.htm

http://www.iranreview.org/content/Documents/Challenges-Ahead-for-A-Final-Nuclear-Deal.htm

https://www.rt.com/news/414269-haley-un-us-budget/

http://www.iranreview.org/content/Documents/Iran-P5-1-Nuclear-Deal.htm

http://www.iranreview.org/content/Documents/Future-of-Iran-Nuclear-Negotiations.htm

http://www.iranreview.org/content/Documents/Progress-in-Iran-s-Nuclear-Issue.htm

http://www.iranreview.org/content/Documents/Rebooting-US-Iran-Relations.htm

http://www.iranreview.org/content/Documents/Iran-Diplomatic-Window-Opens.htm

http://www.iranreview.org/content/Documents/New-Dynamic-in-Iran-s-European-Ties-2.htm

http://www.iranreview.org/content/Documents/Iran-Talks-Yield-No-Deal-But-Build-Trust.htm

http://www.iranreview.org/content/Documents/A-Proposed-Endgame-for-the-Iranian-Nuclear-Crisis.htm

http://www.iranreview.org/content/Documents/Munich-Conference-Breaks-Iran-US-Ice.htm

http://www.iranreview.org/content/Documents/October-Peace-Surprise-in-Syria.htm

http://www.iranreview.org/content/Documents/Iran-s-New-Summit-Diplomacy.htm

http://www.iranreview.org/content/Documents/Eight-Reasons-Why-Waltz-Theory-On-Nuclear-Iran-Is-Wrong.htm

http://www.iranreview.org/content/Documents/Silver_Lining_in_Iran_Nuclear_Talks.htm

http://www.iranreview.org/content/Documents/The_Age_of_Deception_Nuclear_Diplomacy_in_Treacherous_Times.htm

http://www.iranreview.org/content/Documents/Dialogue_Sole_Solution_to_Iran_N_Program.htm

http://www.iranreview.org/content/Documents/After_Istanbul_cConfidence_for_Confidence.htm

http://www.iranreview.org/content/Documents/US_and_Iran_From_Enemies_to_Partners.htm

http://www.iranreview.org/content/Documents/Small_US_Iran_Step_On_A_Long_Road.htm

http://www.iranreview.org/content/Documents/Iran_Takes_Up_the_Nuclear_Cudgel.htm

http://www.iranreview.org/content/Documents/Iran_Eyes_Mediation_Role_in_Bahrain.htm

http://www.iranreview.org/content/Documents/Iran's_Nuclear_Crisis_and_the_Way_Out_Part_2.htm

http://www.iranreview.org/content/Documents/Rays_of_Light_Emanate_from_Iran_Talks.htm

http://www.iranreview.org/content/Documents/Iran_Talks_Take_Small_Step_Forward.htm

http://www.iranreview.org/content/Documents/New_Signs_of_Iranian_Nuclear_Flexibility.htm

http://www.iranreview.org/content/Documents/US_Sees_Iran_as_Friend_and_Foe.htm

http://www.iranreview.org/content/Documents/US_Iran_Double_Swap_Points_to_Peace.htm

http://www.iranreview.org/content/Documents/Iran_Miffed_by_US_s_Nuclear_Posture.htm

http://www.iranreview.org/content/Documents/Dangerous_Steps_in_Iran_s_Nuclear_Dance.htm

http://www.iranreview.org/content/Documents/Hard_Choices_for_Iran_in_2010.htm

http://www.iranreview.org/content/Documents/Iran_Should_Stop_Talking_About_Leaving_the_NPT.htm

http://www.iranreview.org/content/Documents/Benchmarks_Prove_Elusive_in_Iran_Talks.htm

http://www.iranreview.org/content/Documents/US_Closer_to_Iran_as_Europe_Drifts.htm

http://www.iranreview.org/content/Documents/UN_Seeks_Therapy_for_Disarmament_Depression.htm

http://www.iranreview.org/content/Documents/A_New_Season_in_Iran_Relations.htm

http://www.iranreview.org/content/Documents/Unlikely_Bedfellows_in_Afghanistan.htm

http://www.iranreview.org/content/Documents/US_Iran_Seek_to_Stop_Afghan_Narco_Traffic.htm

http://www.iranreview.org/content/Documents/US_Sugarcoats_its_Tough_Line_on_Iran.htm

http://www.irdiplomacy.ir/en/news/1982334/iran-s-discourse-on-strong-region-revisited

http://www.iranreview.org/content/Documents/Iranian_Scholar_on_New_Opportunities_on_Iran_US_Relations.htm

http://www.iranreview.org/content/Documents/Obama_And_the_Other_Ceasefire.htm

http://www.iranreview.org/content/Documents/A_Letter_to_Barack_Obama_Middle_East_Can_Turn_On_A_New_Axis.htm

http://www.iranreview.org/content/Documents/The_Search_for_a_US_Envoy_for_Iran.htm

http://www.iranreview.org/content/Documents/UN_Tackles_Pillars_of_Intolerance.htm

http://www.iranreview.org/content/Documents/Iran_Extends_an_Early_Friendly_Hand.htm

https://www.eurasiareview.com/10012018-irans-protests-and-prospects-for-macro-economic-reform-oped/

http://www.irdiplomacy.ir/en/news/1972405/the-consequences-of-trump-rsquo-s-decertification-of-iran-accord
https://www.eurasiareview.com/06052017-irans-presidential-elections-a-political-essay/

http://www.irdiplomacy.ir/en/news/1965866/new-cease-fire-in-syria-challenges-and-prospects

https://america.cgtn.com/2015/07/14/after-hard-negotiation-historic-iran-nuclear-deal-reached

http://www.iranreview.org/content/Documents/Postmodernism-and-Iran-s-Nuclear-Program.htm

http://www.iranreview.org/content/Documents/Iran_Plays_Up_its_Peacemaker_Role.htm

http://www.iranreview.org/content/Documents/Iran_Plays_the_Mediator.htm

http://www.iranreview.org/content/Documents/The_Next_Peace_and_False_Bells_on_Iran.htm

http://www.iranreview.org/content/Documents/A_Small_Step_in_Iran_s_Nuclear_Talks.htm

http://www.iranreview.org/content/Documents/For_Iran_Respect_Above_All_Else.htm

http://www.iranreview.org/content/Documents/Flexibility_Points_to_Iran_Breakthrough.htm

http://www.iranreview.org/content/Documents/Iran_Willing_to_Talk.htm

http://www.iranreview.org/content/Documents/Iran_s_Dance_of_Nuclear_Packages.htm

http://www.iranreview.org/content/Documents/Iran_Shadow_Over_US_Iraq_Security_Pact.htm

http://www.iranreview.org/content/Documents/How_Tehran_Wants_to_Fix_the_World.htm

http://www.iranreview.org/content/Documents/New_Momentum_for_US_Iran_Dialogue.htm

http://www.iranreview.org/content/Documents/Investment_in_US_Iran_Engagement_Not_Divestment.htm

http://www.iranreview.org/content/Documents/Iran_s_Nuclear_Program_Path_To_Negotiations.htm

http://www.iranreview.org/content/Documents/Iran_Can_t_Shake_the_Sanctions_Shackle.htm

http://www.iranreview.org/content/Documents/Iran_Shakes_Pillars_of_Nuclear_Accord.htm
http://www.iranreview.org/content/Documents/Iran-From-Nuclear-to-Water-and-Dust-Diplomacy.htm

http://www.iranreview.org/content/Documents/Iran_The_Uninvited_Guest_at_Peace_Summit.htm

http://www.iranreview.org/content/Documents/Crisis_of_Opportunity_for_Iran_and_the_US.htm

http://www.iranreview.org/content/Documents/U_S_Iran_Need_to_Build_Confidence.htm

http://www.iranreview.org/content/Documents/How_to_Build_US_Iran_Relations.htm

https://mronline.org/2010/02/03/remembering-howard-zinn/

https://www.middleeasteye.net/opinion/irans-new-syria-role-would-be-peacemaker

http://www.irdiplomacy.ir/en/news/1943601/diplomacy-is-the-art-of-resolving-disputes

http://www.payvand.com/news/07/sep/1188.html

http://www.irdiplomacy.ir/en/news/1949559/nuclear-deal-making-in-vienna-and-tehran

Russia not yet a Nagorno-Karabakh war winner


http://www.kavehafrasiabi.com/post_type_unpeace/

Kaveh L. Afrasiabi. Pro Se

Certificate of Copy: A true copy of this Letter has been served on the Plaintiff on this date, February 7, 2021, under the pains and penalties of perjury.

Kaveh Afrasiabi