UNITED STATES  DISTRICT  COURT
District of  New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 21-MJ-50 |
| Plaintiff, | ) | |
| versus | ) | |
| | ) | |
| Kaveh L. Afrasiabi, | ) | |
| Defendant. | ) | |

### DEFENDANT'S LETTER TO COURT REGARDING HIS EFFORTS TO CREATE AN "INCIDENT AT SEA AGREEMENT" BETWEEN US AND IRAN

Now comes the Defendant Afrasiabi, Pro Se, and herein submits his communications exchanged with Iran's Foreign Minister, Mohammad Javad Zarif, on the subject of an "incident at sea agreement" between US and Iran, in order to de-escalate tensions and to avoid accidental warfare in Persian Gulf. Afrasiabi had (a) written a letter in New York Times on this subject and (b) had worked with Mr. Ashton Carter to pitch a joint proposal to the governments of Iran and US on this subject matter. Defendant had subsequently written an article on his stint with Mr. Carter on this subject, the link for which is as follows:

http://www.iranreview.org/content/Documents/Ashton-Carter-Iran-and-Incident-at-Sea.htm

The texts of Defendant Afrasiabi's emails to Foreign Minister Zarif and his response are listed below. In these emails Afrasiabi expressed the hope that the next agreement between US and Iran could be the "incident at sea agreement" and recounted his collaboration with Mr. Carter.  In his reply email, Foreign Minister Zarif acknowledged the importance of the subject.  These emails are exculpatory in nature and are evidence of Afrasiabi's consistent role as an agent of peace committed to building bridges of confidence and reconciliation between the two hostile countries.  The said emails are as follows:

" **From:** Kaveh Afrasiabi [mailto:kavehafrasiabi          ]

**Sent:** Sunday, January 17, 2016 12:50 AM

**To:** Javad Zarif <jzarif@gmail.com>

**Subject:** Re: article on incident at sea

Dear Javad, congratulations and khasteh nabashid.  Hopefully our next agreement with US will be incident at sea.  Here is the article, also in Iran Review and coming on Harvard's Belfer website:

['Incident At Sea Agreement' Between US And Iran – OpEd](#)

### 'Incident At Sea Agreement' Between US And Iran – OpEd

The recent incident involving the US sailors who were rounded up and then quickly released after their boats ventured inside Iran's territorial waters represents a ...

View on www.eurasiareview.com                                              Preview by Yahoo

[Need For 'Incident at Sea Agreement' Between US and Iran](#)

### Need For 'Incident at Sea Agreement' Between US and Iran

Kaveh L. Afrasiabi The recent incident involving the US sailors who were rounded up and then quickly released after their boats ventured inside Iran's territorial w...

View on www.iranreview.org                                                  Preview by Yahoo

---

**From:** Javad Zarif <jzarif@gmail.com>

**To:** 'Kaveh Afrasiabi' <kavehafrasiabi          >

**Sent:** Wednesday, January 13, 2016 9:12 PM

**Subject:** RE: my stint with Ashton Carter on incident at sea agreement

Salaam,

It is an important issue which has been repeatedly suggested since the 1990s in the track II context.  It may now be the moment to revisit it, although I am not sure about the reaction here.

**From:** Kaveh Afrasiabi [mailto:kavehafrasiabi          ]
**Sent:** Thursday, January 14, 2016 2:36 AM
**To:** M. Javad Zarif <jzarif@gmail.com>
**Subject:** my stint with Ashton Carter on incident at sea agreement

Dear Javad, ba salam-e mojadad, for your information several years ago I approached Ashton Cater at Belfer Center at Harvard about a joint pitch to US and Iran on an incident at sea agreement and we wrote a one page recommendation that Ashton sent to Pentagon and received the response that they were not interested. I have his email to me.  I had also written a letter in NYTimes on this subject, perhaps it is time to revisit the issue.

eradatmand

Kaveh"

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se


Certificate of Copy: A true copy of this Letter has been served on the Plaintiff on this date, 02/24/21, under the pains and penalties of perjury.

Kaveh L. Afrasiabi