**From:** Kaveh Afrasiabi
**Sent:** Tuesday, March 2, 2021 9:46 AM
**To:** Samuel Rosh; Talia Magnas; Richardson Ian (USANYE) 1; Deirdre Vondornum
**Subject:** Defendant's sealed response to government's letter

**CAUTION - EXTERNAL:**

Dear Clerk:
Attached please see the Defendant's Sealed Response to Government's Letter of March 1, 2021, and exhibits 1-2 (cover of forthcoming book, Agent of Peace, and content -270 pages), which I am filing after due consultation with the standby attorney.

Thank you.

Afrasiabi, Pro Se


Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.