From: Kaveh Afrasiabi
Sent: Wednesday, March 3, 2021 5:37 PM
To: Richardson Ian (USANYE) 1; Talia Magnas; Samuel Rosh; Deirdre Vondornum
Subject: exculpatory evidence: Afrasiabi's BOOKS

**CAUTION - EXTERNAL:**

Dear Clerk:
Below are the links for my books, as well as the previously sent forthcoming book which is a compendium of my oped articles, presented as exculpatory evidence that contradicts the government's claim that I engaged in propaganda. My books are praised by well-respected scholars in the field (see authors review section), by Choice, Foreign Affairs, Middle East Journal, a Washington D.C. Bishop, NY University professor of literature, etc. The final section of Iran and Trump is a lengthy chapter on alternative diplomacy, now pursued by the Biden administration. It is outrageous by any civilized standard that the US government has mistreated a well-known author who has consistently helped the cause of prisoners in Iran, inter-faith dialogue, and that of US-Iran peace like this.

Afrasiabi, Pro Se


https://www.amazon.com/Management-Reform-Selected-Articles-Interviews/dp/1453824634


https://rowman.com/ISBN/9781498588867/Trump-and-Iran-From-Containment-to-Confrontation



Trump and Iran: From Containment to Confrontation - 9781498588867

rowman.com

The authors contend that a US-Iran war is probable but not inevitable because of the role of several intervening variables, such as the

prohibitively high costs of such a war and its cascading...

https://rowman.com/ISBN/9781442271272/Iran-Nuclear-Accord-and-the-Remaking-of-the-Middle-East



### Iran Nuclear Accord and the Remaking of the Middle East - 9781442271272

rowman.com

This book essentially builds upon Entessar & Afrasiabi's Iran Nuclear Negotiations (Rowman & Littlefied, October 2015), focusing this time on the final nuclear agreement, the ensuing debates around...

https://rowman.com/ISBN/9781442242357/Iran-Nuclear-Negotiations-Accord-and-Détente-since-the-Geneva-Agreement-of-2013



### [Iran Nuclear Negotiations: Accord and Détente since the Geneva Agreement of 2013 - 9781442242357](#)

rowman.com

In November 2013, a historic agreement on Iran's nuclear program was reached between Iran and the world powers, raising the prospects for a long-term agreement that set the stage for normal...

https://www.amazon.com/Metaphors-September-Poems-Dedicated-Victims/dp/1532726775

https://www.amazon.com/Pandemic-Mirror-Kaveh-L-Afrasiabi/dp/B08FS9MV2Q

https://www.amazon.com/Shiraz-Diaries-Jallad-Novel-Contemporary/dp/1532908946

https://www.amazon.com/Islam-Ecology-Bestowed-Trust-Religions/dp/0945454392

https://www.amazon.com/Touched-Messiah-Day-At-Vickis/dp/1544818084/ref=sr_1_10?dchild=1&keywords=kaveh+afrasiabi&qid=1614702675&s=books&sr=1-10

https://www.amazon.com/Mahdism-Shiism-Communicative-Eco-Theology-Comparative/dp/1503303462/ref=sr_1_3?dchild=1&keywords=kaveh+afrasiabi&qid=1614702712&s=books&sr=1-3

https://www.amazon.com/Upstairs-Downstairs-Andala-Other-Stories/dp/1508619212/ref=sr_1_12?dchild=1&keywords=kaveh+afrasiabi&qid=1614702712&s=books&sr=1-12

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.