**From:** Kaveh Afrasiabi
**Sent:** Tuesday, March 9, 2021 8:51 PM
**To:** Samuel Rosh
**Subject:** Re: United States v. Afrasiabi, 21-cr-46 -- Order

**CAUTION - EXTERNAL:**

Thank you. I am 64 years old, publicly smeared, under house arrest, marginalized by Harvard, what kind of employment I can possibly got? It is not realistic.

On Tuesday, March 9, 2021, 05:55:01 PM EST, Samuel Rosh <samuel_rosh@nyed.uscourts.gov> wrote:

Please see the attached order entered by Judge Korman.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.