From: Kaveh Afrasiabi
Sent: Monday, March 22, 2021 8:38 AM
To: Richardson, Ian (USANYE) 1; Talia Magnas; Samuel Rosh; Deirdre Vondornum
Subject: discovery

**CAUTION - EXTERNAL:**

Dear Clerk:
 This is to inform the court that due to my painful foot situation under medication I have not been able to commence the discovery review. On Saturday, Erin Henneman the probation officer made an unscheduled visit at around 11 AM and saw me in bed suffering from the swollen feet caused by gout, which impairs my ability to review and study the discovery. As soon as I am able to function normally I will commence the discovery review.

Respectfully Submitted,

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.