**From:** Kaveh Afrasiabi
**Sent:** Wednesday, April 14, 2021 10:34 AM
**To:** Samuel Rosh; Talia Cohen
**Subject:** message to the court

**CAUTION - EXTERNAL:**

Dear Clerk:
Greetings. Please inform the court that the government agreed to send me the discovery on USBs after I raised cybersecurity concerns and I still have not received them. Clearly, the government is taking advantage of my pro se status and, as a result, I will be unable to properly prepare myself for the April 21st status hearing.

Respectfully,

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.