From: Kaveh Afrasiabi
Sent: Thursday, April 15, 2021 12:14 PM
To: Samuel Rosh; Talia Cohen
Subject: letter to the Court

**CAUTION - EXTERNAL:**

Dear Clerk:
 Please the Judge know that with the status hearing only a few days away, I still have not received the discovery as promised by US attorney Richardson over three weeks ago. This is abusive of my rights as a pro se and puts me at a marked disadvantage for the upcoming hearing.

Yours,

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.