**DOCKET NUMBER**: 21cr46    **CRIMINAL CAUSE FOR** STATUS CONFERENCE via videoconference
**BEFORE JUDGE**:    KORMAN    **DATE:** 5/4/2021    **TIME IN COURT**    1 HRS 30 MINS

**DEFENDANT'S NAME**:    Kaveh Lotfolah Afrasiabi    **DEFENDANTS #**
- **X** Present    ' Not Present    ' Custody    ' **x** Not Custody

**DEFENSE COUNSEL**:    standby counsel Deirdre D. von Dornum
- Federal Defender    ' CJA    ' Retained

**A.U.S.A.**: Ian C. Richardson    **Case Manager**: Talia Cohen

**Court Reporter**: Linda A. Marino    **INTERPRETER**:    **LANGUAGE**:

- Arraignment    ' Change of Plea Hearing (~*Util-Plea Entered*)
- In Chambers Conference    ' Pre Trial Conference
- Initial Appearance    ' **x** Status Conference
- Telephone Conference    ' Motion Hearing Non Evidentiary
- Other Evidentiary Hearing Contested    TYPE OF HEARING
- Further Status Conference/hearing set for    7/14/2021 @ 2pm
' ORDER: Case referred to the Magistrate Judge for __ plea    hearing:

**UTILITIES**
- ~Util-Plea Entered    ' ~Util-Add terminate Attorneys    ' ~Util-Bond Set/Reset
' ~Util-Exparte Matter    ' ~Util-Indictment Un Sealed    ' ~Util-Information Unsealed
' ~Util-Set/Reset Deadlines    ' ~Util-Set/Reset Deadlines/Hearings
- ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ' ~Util-Terminate Motions
- ~Util-Terminate Parties    ' ~Util-Set/Reset Hearings

**Speedy Trial Start**: 5/4/2021    **Speedy Trial Stop**: 7/14/2021    **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?** ' **x** YES    ' NO
**TEXT**

**Government providing defendant with discovery on a rolling basis discussed.**

**The Court grants the motion to switch defendant's location-monitoring device and place him on curfew instead of on home detention. Government does not object and notes that defendant's Probation officer reports that he is compliant. The Court requests that standby defense counsel draft an order for docketing stating as such.**

**Next status conference set for 7/14/2021 @ 2pm.**