UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v - | : | **ORDER** |
| **KAVEH AFRASIABI,** | : | **21 CR. 046 (ERK)** |
| Defendant. | : | |

------------------------------------------------------X

IT IS HEREBY ORDERED, based on the conference held on May 4, 2021:

1. On January 22, 2021, Magistrate Judge Jennifer C. Boal of the United States District Court for the District of Massachusetts, entered an Order releasing the defendant on conditions. See United States v. Afrasiabi, No. 21-mj-07006-JCB, ECF No. 10 (D. Mass. January 22, 2021), summarized as follows: a $250,000 unsecured appearance bond signed by the defendant; a $150,000 unsecured appearance bond signed by Mohsen Afrasiabi (ECF No. 16); a $150,000 unsecured appearance bond signed by Shekouh Afrasiabi (ECF No. 17); a $25,000 unsecured appearance bond signed by Sabrina Quiroga (ECF No. 18); and a $10,000 cash security posted by the defendant. The Order further directed the defendant to comply with all statutory conditions of release and imposed additional conditions of release, including that the defendant: shall report to U.S. Probation and Pretrial Services as directed; shall not apply for new travel documents; travel limited to the District of Massachusetts, the Eastern and Southern Districts of New

York, and intermediate points required for travel for court; shall avoid contact directly or indirectly with any person who is or may be a witness in the investigation or prosecution, including any known current or former members of the Iranian government unless in the presence of counsel; and that the defendant shall participate in the home detention program and submit to location monitoring as directed by Pretrial Services.

2. On February 10, 2021, those conditions were modified solely as to the home detention condition, to permit Dr. Afrasiabi to go to libraries and bookstores throughout the Boston Metropolitan area; to go to the gym or take a walk for exercise every other day; and such other activities as U.S. Probation and Pretrial deems appropriate, with prior notice from Dr. Afrasiabi to U.S. Probation and Pretrial.

3. The Court now further modifies the conditions of Dr. Afrasiabi's release: the home detention condition is removed, and Dr. Afrasiabi is to be placed on a daily curfew of 8 PM to 8 AM with location monitoring by GPS.

4. All other conditions of release imposed in the District of Massachusetts remain in effect without modification.

SO ORDERED.

*Edward R. Korman*
Edward R. Korman
United States District Judge

Brooklyn, New York
May 4, 2021