**From:** Kaveh Afrasiabi
**Sent:** Monday, June 28, 2021 3:21 PM
**To:** Richardson Ian (USANYE) 1; Talia Cohen; Samuel Rosh
**Subject:** Letter to the Court

**CAUTION - EXTERNAL:**

Dear Clerk:

Please inform the Judge that I have now lodged a formal complaint with the Islamic Republic of Iran demanding a formal inquiry as to why I was repeatedly assured by various Iranian ambassadors to UN that my consulting role was sanctioned under UN and was permitted? Because of those assurances, I accepted the words of those ambassadors beginning with ambassador Zarif and, in fact, never dawned on me to question them and simply took for granted that their information to me was hundred percent accurate. Not only that, when another consultant a few years ago got into trouble, I requested a meeting with the then ambassador Khoshroo and he assured me that there was nothing to worry about and the other consultant had been accused of sending money to Iran. Such repeated assurances by Iran were the sole reasons why I continued the international affairs consulting role under the full impression that it was authorized under UN rules. On several occasions, the Mission of Iran to UN asked me to send them copies of my passport, green card, and cori report, to submit to UN for my work, which I did, most recently in late 2020. Therefore, as far as I was concerned there was nothing wrong or illegal about my consulting role, which had absolutely nothing to do with any of my publications. I never once engaged in any propaganda activity and my record of scholarly works and opinion pieces invariably advocating the cause of US-Iran peace and dialogue, in conformity with my ethical responsibility as a political scientist, as well as all my efforts on behalf of US prisoners in Iran, speak for themselves.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.