**From:** Kaveh Afrasiabi
**Sent:** Wednesday, July 14, 2021 10:06 AM
**To:** Talia Cohen; Samuel Rosh; Deirdre Vondornum; Richardson Ian (USANYE) 1
**Subject:** Defendant's second statement to the Court

**CAUTION - EXTERNAL:**

Dear Clerk:
Attached please find the Defendant's Second Statement to the Court at the Hearing on July 14th.  Please bring this to to the attention of the judge
Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.