UNITED STATES
VS.

AFRASIABI,
   Defendant


## Defendant's letter to the Judge Regarding the False Allegations Concerning His Curfew Hours

     Defendant Afrasiabi informs the Court that whereas he has been in full compliance with the terms of conditions of his release, he has discovered to his shocking surprise that the people monitoring his ankle bracelet have erroneously stated that on August 4, 2021, Afrasiabi has breached the curfew hours by leaving the house between 8 and 930 pm. This information was provided to Afrasiabi by the Probation Officer, Erin Henneman, on August 5, 2021. Afrasiabi informed the officer that this is absolutely incorrect and that Afrasiabi had gone home around 7 pm on August 4 and had stayed at home all night without ever leaving the house. During the hours of 730 to 11 pm on August 4, Afrasiabi watched TV, the Olympic games and then a movie (Absence of Malice) with his two housemates, first names Jack and Chloe, who can be reached and confirm this fact. After watching the movie, Afrasiabi went to bed. Not only that at around 9 pm on the same night, the people monitoring Afrasiabi's bracelet contacted him by calling the house's landline and after speaking with Chloe talked to Afrasiabi who confirmed that he was at home. Yet, for a mysterious reason, Afrasiabi is now falsely alleged to have been outside the house after 9 pm precisely at the time when he received the said call.

     As a result, Afrasiabi is seriously concerned about his freedom, which can be easily jeopardized by such false accounts of his whereabouts above-mentioned. Afrasiabi has no sense of security that this egregious error will not be repeated and, in case his housemates are not around, he would be left with no witness to corroborate his side in the future. Such a distinct possibility cannot be ruled out and, therefore, it is imperative that necessary actions be taken to secure against it. Afrasiabi is concerned that there are sinister attempts to deprive him of his pre-trial release and sadly any manipulation of the monitoring system in the future may bring this about.

     To reiterate, Afrasiabi is a well-known political scientist and author, first generation American-Iranian who has lived in Massachusetts since the early 1970s. It is unfair to mistreat him as a foreigner when the record clearly shows Afrasiabi's deep commitment to individual liberties and the cause of peace.

     In conclusion, Afrasiabi implores the Court to remain protective of his constitutional rights and liberties.

Respectfully,

Kaveh L. Afrasiabi, Pro Se
cc: A true copy of this letter has been submitted to the US Attorney on this date, August 5, 2021