**From:** Kaveh Afrasiabi
**Sent:** Thursday, August 5, 2021 10:33 PM
**To:** Talia Cohen; Samuel Rosh; Richardson Ian (USANYE) 1; Deirdre Vondornum
**Subject:** please disregard my letter

**CAUTION - EXTERNAL:**

Dear Clerk:

My sincere apology. Please disregard the letter I just sent regarding the curfew hours. I have written to the probation office in Boston regarding this matter and it is better to communicate to the court after receiving the probation office's response to my request for an inquiry.

Thank you.

Afrasiabi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.