# AFFIDAVIT CONCERNING HOME CURFEW ON WEDNESDAY, AUGUST 4, 2021

I, Kaveh L. Afrasiabi, say the following facts based on my personal knowledge under the pains and penalties of perjury.

1. I did not leave my house on August 4, 2021 after 7 pm until the next day, August 5th in the afternoon.
2. I arrived at my home at                                           , around 7 pm and watched TV with my housemates Chloe Sachs and John Chase until around 11 pm and then I went to bed. At no time after 7 pm did I ever leave the house for even a few minutes. I was inside the house the whole night.
3. Around 9 pm the landline at the house rang and Chloe answered and then passed me the phone. A female voice identified herself as with the monitoring system and asked me where I was. I said I was at home. I then asked why she did not call my cell phone and she said she did not have it and that I should ask my probation officer to call and give them my cell number.
4. The next day, I left a message for the probation officer about the call above-mentioned and a few hours Erin Henneman called back and informed me that there is a report that I had left the house after the curfew hours between 8 and 9 or so. I informed her that that was absolutely wrong and that I was home and had two witnesses that she could call and confirm.
5. Subsequently, I wrote emails and called and left messages for Erin regarding this error as it caused a great deal of anxiety on my part and I felt my pre-trial release could be jeopardized based on a false report about my whereabouts on the night of August 4th. I requested an explanation about this error and have not received any response as of this moment, August 6, 2021, at 4 pm.
6. I have contacted attorney William Keefe and attorney Vondornum to contact the probation office and to make sure that the above=mentioned error is corrected and is not repeated in the future.
7. I have been in full compliance with the terms of conditions of my release and have not violated any of the terms including the curfew hours and have every intention of fully abiding by those terms in the future as well. I am very concerned that such errors resulting in false reports regarding my compliance with the curfew hours may adversely affect my pre-trial release. I have asked for an explanation of the source of the error from the probation office.

   Under the pains and penalties of perjury, signed on this date, August 6, 2021,


   Kaveh L. Afrasiabi, Ph.D.