UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO. 21-CR-46

UNITED STATES OF AMERICA )
Vs. )
Kaveh L. Afrasiabi, )
Defendant. )

## DEFENDANT'S LETTER TO THE COURT

To Honorable Judge Edward Korman:

Defendant Kaveh Afrasiabi, pro se, on the occasion of the approaching anniversary of the tragic events of September 11, perpetrated by Muslim extremists, brings to the Court's attention his poetry book, titled Metaphors in September, reflecting his humanist sentiments and his moral condemnation of religious bigotry and extremism, sadly running rampant in the Middle East nowadays. Also attached is the Defendant's theology article, republished by Cambridge University Press in 2011, which highlights the Defendant's commitment to inter-faith dialogue. As with numerous other examples of the Defendant's publications, these samples are submitted to debunk the government's false allegation that Afrasiabi wrote "books and articles" disguising propaganda.

Respectfully Submitted,

Kaveh L. Afrasiabi
Kaveh L. Afrasiabi, Pro Se

Certificate of Service: A true copy of this letter and the accompanying book has been sent to the US Government on this date, August 5, 2021.

Kaveh Afrasiabi, Pro Se



Harvard Theological Review

## Article contents

- Extract
- References

# Communicative Theory and Theology: A Reconsideration

Published online by Cambridge University Press: 10 June 2011

K. L. Afrasiabi
Show author details

K. L. Afrasiabi
   Affiliation:
   Andover Newton Theological School

# Metaphors in September

Poems Dedicated to the Victims of 9/11

Kaveh L. Afrasiabi

# METAPHORS IN SEPTEMBER
## Kaveh L. Afrasiabi

### Ground Zero

My anger does not yield easily.
I live in ground zero, sightseeing,
mourning, praying through
a vague memory of
once upon a time dialogue of civilizations
floating like ghosts of firemen past
staircases set in blaze.
The spirit stirred on that brilliant
sunny September has crept
into bones, permeating veins,
insinuating air corridors, echoing
along Hudson shores with
magnanimous lament.



Kaveh L. Afrasiabi, Ph.D. has studied both political science and theology and has authored several books on Iran, Islam, United Nations, and international affairs, as well as numerous scholarly articles and opinion columns in international newspapers in several languages. Afrasiabi has taught at Boston University and Tehran University and is a former consultant to UN's Program on Dialogue Among Civilizations. He is the founder of NGO, Global Inter-Faith Peace, and is a frequent contributor to UN Chronicle.

ISBN: 10:1532726775


6 02401 77572 5

To: Judge Edward Korman
US District Court
225 Cadman Plaza
East Brooklyn
New York, NY 11201

U.S. POSTAGE PAID
FCM LG ENV
WATERTOWN, MA
02472
AUG 05 '21
AMOUNT
$1.60
R2306Y152323-5

11201
1000

From:

ReadyPost
Document Mailer