UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO.: 21-CR-46

| | |
|---|---|
| UNITED STATES, | ) |
| VS. | ) |
| KAVEH L. AFRASIABI, | ) |
| Defendant. | ) |

### Defendant's Letter to the Court Regarding his waiver of Right to Inspect Sensitive Discovery

Now comes the Defendant Afrasiabi, Pro Se, and hereby informs the court that he has elected to waive his right to inspect the intelligence-based "sensitive" discovery in this instant action and reserves that right solely to his standby attorney. Defendant is concerned about the long-term implication of being in possession of the knowledge of the sensitive US intelligence operations cited in the government's protective order and, henceforth, prefers to be in the complete dark about them than to constantly worry about the potential nervousness of the US intelligence services regarding Afrasiabi's knowledge of their secret operations involving Iran. To reiterate, Afrasiabi is a social scientist with a distinguished record of academic publications and has never before been mixed up with any intelligence matter and would like to keep it that way for the remainder of his life. As far as Afrasiabi is concerned, his consulting role was legitimate and sanctioned under UN, he constantly for more than three decades promoted the cause of peace and dialogue between two hostile nations and used his influence for the sake of US prisoners in Iran. It is therefore a travesty of justice and truth to misconstrue his activities as representing any threat to US national interests.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

Certificate of Service: A true copy of this Letter to the Court has been sent to the US Attorney on this date, August 13, 2021.