

U.S. Department of Justice

United States Attorney
Eastern District of New York

ICR/SKW  
F. #2015R01171

271 Cadman Plaza East  
Brooklyn, New York 11201

August 27, 2021

<u>By Hand, Email and ECF</u>

Kaveh Lotfolah Afrasiabi  
Defendant, <u>Pro</u> <u>Se</u>  
c/o Deirdre D. von Dornum, Esq.  
Standby Counsel  
Federal Defenders of New York, Inc.  
One Pierrepont Plaza, 16th Floor  
Brooklyn, New York 11201

Re: United States v. Kaveh Lotfolah Afrasiabi  
<u>Criminal Docket No. 21-46 (ERK)</u>

Dear Dr. Afrasiabi and Ms. von Dornum:

Enclosed please find the government's next production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is provided subject to the terms of the Court's August 12, 2021 Protective Order (the "August 12, 2021 Protective Order") (<u>See</u> ECF No. 103). The government renews its request for reciprocal discovery from the defendant.

Some of the discovery in this production has been designated "Sensitive Discovery Material" under the August 12, 2021 Protective Order. At the defendant's request, all of the discovery material referenced in this letter is being provided to Ms. von Dornum, the defendant's Court-appointed standby counsel.

| Description | Bates Numbers |
| --- | --- |
| A redacted copy of the defendant's U.S. Citizenship and Immigration Services certified A-File. | KA0002794-KA0002948 |
| Audio recordings of the defendant. | KA0002949-KA0035743 |

| Description | Bates Numbers |
|---|---|
| A table reflecting relevant contextual information for the audio recordings produced under Bates numbers KA0002949-KA0035743. | KA0035744 |
| A table reflecting SMS messages sent and received by the defendant. | KA0035745 |
| Records of the Internal Revenue Service regarding the defendant. | KA0035746-KA0035777 |
| Records of Aetna relating to the defendant. | KA0035778-KA0036804 |
| Aetna records relating to the members of the employee benefit plan for Employees of the Permanent Mission of the Islamic Republic of Iran to the United Nations. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0036805-KA0036816 |
| Records of Cigna relating to the defendant. | KA0036817-KA0036906 |
| Cigna records relating to the members of the employee benefit plan for Employees of the Permanent Mission of the Islamic Republic of Iran to the United Nations. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0036907 |
| Records of United Healthcare relating to the defendant. | KA0036908-KA0037446 |

| Description | Bates Numbers |
|---|---|
| United Healthcare records relating to the members of the employee benefit plan for Employees of the Permanent Mission of the Islamic Republic of Iran to the United Nations. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0037447 |
| Records of Citizens Bank relating to the defendant. | KA0037448-KA0037634 |
| Records of the Federal Reserve Bank of New York relating to the defendant. | KA0037635-KA0037695 |
| Records of JPMorgan Chase Bank relating to the defendant. | KA0037696-KA0038485 |
| Records of Sprint relating to the defendant. | KA0038486-KA0038498 |
| Aetna Certifications | KA0038499-KA0038500 |
| United Healthcare Certifications | KA0038501-KA0038503 |
| Records related to United Nations Federal Credit Union. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0038501-KA0039016 |
| A search warrant and supporting affidavit to search the defendant's Yahoo email accounts, signed by the Honorable Lois Bloom, dated December 1, 2020. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0039016-KA0039082 |
| A search warrant and supporting affidavit to search the defendant's residence, signed by the Honorable Judith G. Dein, dated January 15, 2021. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0039083-KA0039157 |
| A search warrant and supporting affidavit to search the defendant's cellphone, signed by the Honorable Judith G. Dein, dated January 20, 2021. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0039158-KA0039255 |

| Description | Bates Numbers |
|---|---|
| A search warrant and supporting affidavit to search property seized from the defendant, signed by the Honorable Judith G. Dein, dated January 27, 2021. This discovery has been designated Sensitive Discovery Material under the August 12, 2021 Protective Order. | KA0039256-KA0039359 |
| A disc containing emails of the defendant. | KA0039360 |
| Records of People's United Bank relating to certain checks. | KA0039361-KA0039391 |

Please let us know if you have any questions.

>Very truly yours,
>
>JACQUELYN M. KASULIS
>Acting United States Attorney
>
>By: _____/s/_____
>Ian C. Richardson
>Sara K. Winik
>Assistant U.S. Attorneys
>(718) 254-7000

Enclosures (KA0002794-KA0039391)

cc: Clerk of the Court (ERK) (by ECF) (without enclosures)