**DOCKET NUMBER**: 21cr46        **CRIMINAL CAUSE FOR** STATUS CONFERENCE via videoconference
**BEFORE JUDGE**: KORMAN        **DATE:** 8/25/2021    **TIME IN COURT** __HRS  50  MINS

**DEFENDANT'S NAME**:   Kaveh Lotfolah Afrasiabi            **DEFENDANTS #**
- ❌ X Present      ' Not Present      ' Custody      X Not Custody

**DEFENSE COUNSEL**:   standby counsel Deirdre D. Von Dornum
- ❌ Federal Defender      ' CJA      ' Retained

**A.U.S.A.**:   Ian C. Richardson / Sara K. Winik            **Case Manager**: Talia Cohen

**ESR** ROCCO/HONG            **INTERPRETER**:            **LANGUAGE:**

- ❌ Arraignment                          ' Change of Plea Hearing (~*Util-Plea Entered*)
- ❌ In Chambers Conference              ' Pre Trial Conference
- ❌ Initial Appearance                   ' X Status Conference
- ❌ Telephone Conference                 ' Motion Hearing Non Evidentiary
- ❌ Other Evidentiary Hearing Contested   TYPE OF HEARING
- ❌ Further Status Conference/hearing set for   12/1/2021 @ 2pm
- ' ORDER: Case referred to the Magistrate Judge for  _X_ plea____hearing:

**UTILITIES**
- ❌ ~Util-Plea Entered       ' ~Util-Add terminate Attorneys       ' ~Util-Bond Set/Reset
- ' ~Util-Exparte Matter       ' ~Util-Indictment Un Sealed       ' ~Util-Information Unsealed
- ' ~Util-Set/Reset Deadlines       ' ~Util-Set/Reset Deadlines/Hearings
- ❌ ~Util-Set/Rest Motion and R&R Deadlines/Hearings       ' ~Util-Terminate Motions
- ❌ ~Util-Terminate Parties       ' ~Util-Set/Reset Hearings

**Speedy Trial Start**: 8/25/2021    **Speedy Trial Stop**: 12/1/2021            **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?** '    YES    '    NO
**TEXT**

**Government admonished for dragging out discovery. Defendant is advised to engage with standby counsel first before making statements on the record. Standby counsel should be advised before any ex parte conversations between the government and the defendant. Government to provide discovery including 33,000 recordings by 8/27/2021.**

**Bail restrictions discussed. The Court orders the removal of the entire curfew condition and bracelet. The Court allows the defendant to travel to NY to meet with standby counsel.**

**Trial reservation policy discussed. Due to complexity of case and the huge amount of discovery, order of excludable delay entered until 12/1/2021.**

**Due to the potential that the defendant is deportable, the Court directs standby counsel to consult with an immigration attorney.**