| Response to the Defendant's July 29, 2021 Letter | | |
|---|---|---|
| Request Number | Bates Number | File Name / ID Number |
| 1 | KA0002012 | 002.24989_20120606_RE_Letter_you_requested.eml |
|   | KA0002012 | Iran Proposal to Pres. Obama 12-18-2009.PDF |
| 2 | KA0002012 | 003.46872_20100627_Re_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46890_20100625_RE_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46897_20100625_RE_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.45554_20100727_Re_Iran_nuclear_swap_deal_my_article_tod.eml |
|   | KA0002012 | 003.46716_20100702_Re_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46886_20100626_RE_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46894_20100625_Fw_RE_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46895_20100625_RE_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46900_20100625_re_Iran_nuclear_swap_deal.eml |
|   | KA0002012 | 003.46896_20100625_RE_Iran_nuclear_swap_deal.eml |
| 3 | KA0002012 | 002.25368_20120525_Letter_you_requested.eml |
|   | KA0002012 | 002.25366_20120525_Re_Letter_you_requested.eml |
|   | KA0002012 | 001.23760_20120716_RE_Letter_you_requested.eml |
| 4 | KA0002012 | 002.25223_20120530_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.25225_20120530_Re_Letter_you_requested.eml |
| 5 | KA0002012 | 002.25223_20120530_RE_Letter_you_requested.eml |
| 6 | KA0002012 | 002.25216_20120530_RE_one_more_thing.eml |
| 7 | KA0002012 | 002.25215_20120530_RE_my_colleague.eml |
|   | KA0002012 | 002.25215_20120530_RE_my_colleague.eml |
|   | KA0002012 | 002.25177_20120531_RE_Letter_you_requested.eml |
| 8 | KA0002012 | 001.24742_20120616_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.25011_20120605_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.25013_20120605_RE_Letter_you_requested.eml |
| 9 |  | The discovery produced to the defendant includes numerous examples of the defendant's communications with Press Secretrary-1 (Alireza Miryusefi) and Press Secretary-2 (Hamid Babaei) that reflect that the defendant acted at the direction and control of GOI officials. Some of those communications are reflected in the responses to other Requests listed in this Attachment. |
| 10 | KA0002012 | 001.24167_20120708_Fw_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.24402_20120629_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.24404_20120629_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.24403_20120629_Re_Letter_you_requested.eml |
|   | KA0002012 | 001.24405_20120629_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.24825_20120613_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.24987_20120606_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.24989_20120606_RE_Letter_you_requested.eml |
|   | KA0002012 | 002.24985_20120606_Re_Letter_you_requested.eml |
| 11 | KA0002012 | 001.24402_20120629_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.22204_20120823_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.23012_20120801_RE_Letter_you_requested.eml |
|   | KA0002012 | 001.24825_20120613_RE_Letter_you_requested.eml |
| 12 | KA0002012 | 001.24705_20120617_RE_Letter_you_requested.eml |

| **Response to the Defendant's July 29, 2021 Letter** |||
|---|---|---|
| **Request Number** | **Bates Number** | **File Name / ID Number** |
|  | KA0002012 | 001.24741_20120616_RE_Letter_you_requested.eml |
|  | KA0002012 | 002.24940_20120608_RE_Letter_you_requested.eml |
|  | KA0002012 | 001.24329_20120703_Fw_Google_Alert_-_iran_news_afrasiabi.eml |
|  | KA0002012 | 001.23760_20120716_RE_Letter_you_requested.eml |
|  | KA0002012 | 001.23012_20120801_RE_Letter_you_requested.eml |
|  | KA0002012 | 001.22204_20120823_RE_Letter_you_requested.eml |
| 13 | KA0002012 | 009.64010_20150411_Re_fyi.eml |
|  | KA0002012 | 009.64013_20150411_Re_fyi.eml |
|  | KA0002012 | 009.64008_20150411_Re_fyi.eml |
|  | KA0002012 | 009.64011_20150411_Re_fyi.eml |
|  | KA0002012 | 009.63976_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 009.63973_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 009.63974_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 009.63975_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 009.63979_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 001.10004_20150411_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | Nuclear Talks and Collective.docx |
|  | KA0002012 | 009.63985_20150411_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | Nuclear Talks and Collective.docx |
|  | KA0002012 | 009.64002_20150411_Re_A_New_White_House_Resource_Page_on_Ir.eml |
|  | KA0002012 | Collective security.docx |
|  | KA0002012 | Draft.oped.docx |
|  | KA0002012 | regional cooperation.docx |
|  | KA0002012 | 009.63978_20150411_Re_here_is_the_edit.eml |
|  | KA0002012 | 009.63980_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
|  | KA0002012 | 009.63983_20150411_Re_Fwd_First_Draft_for_the_Post_s_op-ed.eml |
| 14 | KA0002012 | 008.56914_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56917_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56918_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56919_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56921_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56923_20150916_Re_urgent.eml |
|  | KA0002012 | 008.56925_20150916_Re_urgent.eml |
| 15 | KA0002012 | 002.39583_20110412_Re_salam.eml |
|  | KA0002012 | 002.39585_20110412_Re_salam.eml |
|  | KA0002012 | 002.39587_20110412_Re_salam.eml |
|  | KA0002012 | 002.39591_20110412_salam.eml |
|  | KA0002012 | 002.39582_20110412_Re_salam.eml |
|  | KA0002012 | 002.39584_20110412_Re_salam.eml |
|  | KA0002012 | 002.39586_20110412_Re_salam.eml |
|  | KA0002012 | 002.39588_20110412_Re_salam.eml |
| 16 | KA0002012 | 002.39595_20110412_Re_tarjomeh_namehetan_dar_IRDiplomacy.eml |
|  | KA0002012 | 002.39593_20110412_Re_tarjomeh_namehetan_dar_IRDiplomacy.eml |
| 17 | KA0002012 | 002.39593_20110412_Re_tarjomeh_namehetan_dar_IRDiplomacy.eml |

| Response to the Defendant's July 29, 2021 Letter | | |
|---|---|---|
| Request Number | Bates Number | File Name / ID Number |
| | KA0002012 | 004.28151_20180405_Fw_query.eml |
| | KA0002012 | 004.28153_20180405_query.eml |
| | KA0002012 | 004.28156_20180405_query.eml |
| | KA0002012 | 002.38621_20110512_Re_last_month_s_articles.eml |
| | KA0002012 | 002.38626_20110512_Re_last_month_s_articles.eml |
| | KA0002012 | 002.38620_20110512_Re_last_month_s_articles.eml |
| | KA0002012 | 002.38622_20110512_Re_last_month_s_articles.eml |
| | KA0002012 | 002.38633_20110512_last_month_s_articles.eml |
| | KA0002012 | 002.39062_20110429_Re_From_kaveh_afra_The_west_s_silence_ov.eml |
| | KA0002012 | 002.39060_20110429_Re_From_kaveh_afra_The_west_s_silence_ov.eml |
| | KA0002012 | 002.39084_20110429_for_your_info_my_joint_article_on_Bahrai.eml |
| | KA0002012 | 002.39086_20110429_Re_plese_post_this_asap.eml |
| | KA0002012 | 002.39087_20110429_Re_my_article_in_today_s_London_s_Guardi.eml |
| | KA0002012 | 002.39088_20110429_my_article_on_Bahrain_see_huge_coverage_.eml |
| | KA0002012 | 002.39089_20110429_Re_book_editing.eml |
| | KA0002012 | 002.39090_20110429_RE_my_article_in_today_s_london_paper_hu.eml |
| | KA0002012 | 002.39091_20110429_Re_huge_coverage_includint_times_of_indi.eml |
| | KA0002012 | 002.39092_20110429_Re_huge_coverage_of_my_piece.eml |
| | KA0002012 | 002.39093_20110429_Re_THE_BAHRAIN_ARTICLE.eml |
| 18 | KA0002012 | 001.16656_20130117_Fw_Re_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16433_20130122_Fw_RE_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16411_20130123_Re_Fw_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16410_20130123_Re_Fw_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16357_20130124_Re_Fw_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16283_20130126_Re_samples_of_recent_works.eml |
| | KA0002012 | 001.16164_20130128_Fw_RE_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.16165_20130128_Fw_RE_Bulletin_of_the_Atomic_Scientists.eml |
| | KA0002012 | 001.15449_20130220_Re_article.eml |
| | KA0002012 | 001.15463_20130219_Re_an_alternative.eml |
| | KA0002012 | 001.15461_20130219_RE_an_alternative.eml |
| | KA0002012 | H.E Ambassador Mr.Khazaee statement in COB OF NAM.doc |
| | KA0002012 | H.E Ambassador Mr.Khazaee statement in COB OF NAM.doc |
| | KA0002012 | 001.15383_20130222_RE_revised_article.eml |
| | KA0002012 | 001.15390_20130221_RE_revised_article.eml |
| | KA0002012 | 001.15398_20130221_Re_articles.eml |
| | KA0002012 | 001.15380_20130222_Re_revised_article.eml |
| | KA0002012 | 001.15387_20130221_RE_revised_article.eml |
| | KA0002012 | afrasiabi-revisedfinal.docx |
| | KA0002012 | 001.15388_20130221_Re_articles.eml |
| | KA0002012 | 001.15389_20130221_Re_Kaveh_this_needs_an_answer._Please..eml |
| | KA0002012 | 001.15394_20130221_Re_articles.eml |
| | KA0002012 | afrasiabi-revisedfinal.docx |
| | KA0002012 | 001.15395_20130221_RE_revised_article.eml |
| | KA0002012 | afrasiabi-revisedfinal.docx |

| **Response to the Defendant's July 29, 2021 Letter** |||
|---|---|---|
| **Request Number** | **Bates Number** | **File Name / ID Number** |
|  | KA0002012 | 001.15396_20130221_Please_wait.eml |
|  | KA0002012 | 001.15397_20130221_Re_articles.eml |
|  | KA0002012 | 001.15399_20130221_Re_articles.eml |
|  | KA0002012 | 001.15157_20130226_Re_can_you_pass_this_onto_Al-Monitor.eml |
|  | KA0002012 | 001.15206_20130225_Re_my_article_in_Bulletin_of_Atomic_Scie.eml |
|  | KA0002012 | 001.15226_20130225_RE_.eml |
|  | KA0002012 | 001.15160_20130226_Fw_Re_proposed_endgame_for_Iran_nuclear_.eml |
|  | KA0002012 | 001.15187_20130225_Re_.eml |
|  | KA0002012 | 001.15205_20130225_Re_my_article_in_Bulletin_of_Atomic_Scie.eml |
|  | KA0002012 | 001.15221_20130225_Re_articles.eml |
| 19 | KA0002012 | 010.74396_20140625_Re_.eml |
|  | KA0002012 | 010.74444_20140625_.eml |
| 20 | KA0002012 | 010.74396_20140625_Re_.eml |
|  | KA0002012 | 010.74414_20140625_Re_.eml |
|  | KA0002012 | 010.74408_20140625_Re_.eml |
| 21 | KA0012906 | N/A |
|  | KA0012907 | N/A |
| 22 | KA0012951 | N/A |
|  | KA0012953 | N/A |
|  | KA0012954 | N/A |
|  | KA0012955 | N/A |
|  | KA0012956 | N/A |
| 23 |  | See response to Request 24. |
| 24 | KA0002012 | 010.78240_20140313_Re_.eml |
|  | KA0002012 | 010.78242_20140313_.eml |
| 25 | KA0002012 | 010.78243_20140313_Fw_Article_for_Aljazeera_website.eml |
|  | KA0002012 | Lockerbie what really happened.doc |
| 26 | KA0002012 | 010.78256_20140312_Re_Article_for_Aljazeera_website.eml |
| 27 | KA0002012 | 010.78217_20140314_Re_.eml |
|  | KA0002012 | 010.78219_20140313_Re_.eml |
|  | KA0002012 | 010.78218_20140314_Re_.eml |
| 28 | KA0002012 | 010.78204_20140314_Re_.eml |
|  | KA0002012 | 010.78210_20140314_Re_.eml |
|  | KA0002012 | 010.78196_20140314_Re_Wpost.eml |
|  | KA0002012 | 010.78202_20140314_Re_.eml |
|  | KA0002012 | 010.78205_20140314_Re_.eml |
|  | KA0002012 | 010.78206_20140314_Re_.eml |
|  | KA0002012 | 010.78212_20140314_Re_.eml |
| 29 | KA0031698 | N/A |
|  | KA0031699 | N/A |
|  | KA0031700 | N/A |
|  | KA0031701 | N/A |
|  | KA0031703 | N/A |
|  | KA0031705 | N/A |

| Response to the Defendant's July 29, 2021 Letter ||| 
|---|---|---|
| Request Number | Bates Number | File Name / ID Number |
| 30 | KA0035745 | 13384153Q |
|  | KA0035745 | 13384120Q |
|  | KA0035745 | 13384069Q |
|  | KA0035745 | 13384066Q |
|  | KA0035745 | 13384088Q |
|  | KA0035745 | 13384162Q |
|  | KA0035745 | 13384059Q |
|  | KA0035745 | 13384164Q |
|  | KA0035745 | 13384158Q |
|  | KA0035745 | 13384145Q |
|  | KA0035745 | 13385267Q |
| 31 | KA0002012 | 001.8760_20200105_re_Barjam.eml |
| 32 | KA0002012 | 001.8676_20200107_Re_Re.eml |
|  | KA0002012 | 001.8679_20200107_Re_Re.eml |
|  | KA0002012 | 001.8696_20200107_Re.eml |
| 33 |  | See response to Request 14. |
| 34 | KA0002012 | 008.56760_20150921_Re_Rouhani_ob_60-Minutes.eml |
| 35 |  | See response to Request 13. |
| 36 | KA0002012 | 008.55796_20151009_RE_my_advisory_role.eml |
|  | KA0002012 | 008.55810_20151009_my_advisory_role.eml |
| 37 | KA0002012 | 001.2533_20200728_Fw_my_record.eml |
|  | KA0002012 | 001.2534_20200728_my_record.eml |
|  | KA0002012 | 001.2518_20200728_Fw_my_record.eml |
|  | KA0002012 | 001.3123_20200709_Salam.eml |
|  | KA0002012 | 001.2889_20200714_salam.eml |
|  | KA0002012 | 001.2836_20200716_FYI.eml |
|  | KA0002012 | RLI- Book Proposal.doc |
|  | KA0002012 | 001.2837_20200716_FYI.eml |
|  | KA0002012 | RLI- Book Proposal.doc |
|  | KA0002012 | 001.2704_20200722_Re_salam.eml |
|  | KA0002012 | 001.2608_20200726_My_kidney_problem_bimeh.eml |
| 38 | KA0002012 | 009.63168_20150501_moteshakeram.eml |
| 39 | KA0002012 | 002.38861_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38871_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38887_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38890_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38859_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38869_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38885_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38888_20110506_Re_IRD.eml |
|  | KA0002012 | 002.38889_20110506_Re_IRD.eml |
| 40 | KA0002012 | 010.72193_20140913_Foreign_Powers_Buy_Influence_at_U.S._Thi.eml |
|  | KA0002012 | Foreign Powers Buy Influence at U.S. Think Tanks.pdf |
| 41 | KA0002012 | 008.51982_20160211_Re_Saudi_Arabia_Steps_Up_Washington_Lobb.eml |

| **Response to the Defendant's July 29, 2021 Letter** |||
|---|---|---|
| **Request Number** | **Bates Number** | **File Name / ID Number** |
| | KA0002012 | 008.51989_20160211_Re_Saudi_Arabia_Steps_Up_Washington_Lobb.eml |
| | KA0002012 | 008.52008_20160210_Saudi_Arabia_Steps_Up_Washington_Lobbyin.eml |
| | KA0002012 | 008.51981_20160211_Re_Saudi_Arabia_Steps_Up_Washington_Lobb.eml |
| | KA0002012 | 008.51983_20160211_Re_Saudi_Arabia_Steps_Up_Washington_Lobb.eml |
| 42 | KA0002012 | 005.46449_20160606_Top_Lobbyist_Slow_To_Disclose_Relationsh.eml |
| | KA0002012 | Top Washington Lobbyist Slow to Disclose Ties to Saudi Arabia, Anti-Iran Propaganda.pdf |
| 43 | KA0002012 | 005.46387_20160608_Gulf_Lobbyist_Fails_to_Disclose_Ties_to_.eml |
| | KA0002012 | U.S. Lobbyist Fails to Disclose Ties to Qatar in Media Appearances.pdf |
| 44 | KA0002012 | 003.20715_20181102_Saudi_foreign_agents_political_donations.eml |
| 45 | KA0002012 | 001.6259_20200321_Former_US_Embassy_hostages_sue_Chase_Ban.eml |
| | KA0002012 | 001.6257_20200321_Re_Former_US_Embassy_hostages_sue_Chase_.eml |
| 46 | KA0002012 | 001.3455_20200624_Another_Iran_group_hires_regime_change_l.eml |
| | KA0002012 | Another Iran roup Hires Regime Change Lobbyist.pdf |

6