Letter to Honorable Judge Edward Korman
From: Defendant Kaveh L. Afrasiabi, Ph.D.
RE: Emails/texts in question
DATE: OCTOBER 30, 2021

Your Excellency Judge Korman:

In response to Your Honor's denial of my motion to take the deposition of two witnesses, I am compelled to write this letter to reiterate the fact that I have a long history of being subjected to fabricated evidence, resulting in the egregious abuses of my civil, human, and constitutional rights on a recurrent basis. Sadly, today I am confronted with a whole set of "evidentiary facts" that cannot possibly withstand the weight of scrutiny and, yet, are potentially capable of inflicting serious harm to me, irrespective of their dubious origins, intended to smear me and, in a word, build an impregnable legal (i.e., Kafkaesque) forest in the case at hand.

For the record, in 1996, I faced a similar predicament when Harvard police concocted 6 death threat/extortion letters attributed to me, which they used to procure my false arrest and imprisonment – in a case that was dismissed shortly thereafter and culminated in my civil conspiracy action in the federal court in Boston that went to jury trial and was ultimately disposed of by the full bench of US Supreme Court.

Sadly, my repression did not stop there and was in fact doled out in the hands of Cambridge police that in 2010 nearly killed me in the back of their patty wagon similar to Mr. Freddie Gray in Baltimore, over the false allegation that I had not paid an 18 year-old ticket, followed by yet another false allegation that relied on two women used as patsy to cry foul against me, falsely claiming that I had harassed them continuously "for several months, several times a day." It took 5 court orders to acquire my accusers' phone record that showed the total absence of any calls and texts by me, resulting in the dismissal of criminal action against me and my subsequent law suit against Cambridge police and their helping hands, which was settled out of court along with a letter of apology by the defendants for falsely accusing me.

I have pledged truth and honesty in Your Honor's Court from day one and I assure Your Excellency that the present case is not at bottom different from the above-mentioned cases and I am once again subjected to a whole slew of untrue communications that are presented as evidence in a systematic fashion to procure my conviction, e.g., by giving the false impression that I took the instructions of Iran's Mission for some of my articles, or that I had knowledge of FARA Act, and the like. It would take a herculean effort by any defense attorney, let alone a pro se defendant, to unearth the systematic falsehoods here and to competently debunk the spider web of lies concocted in order to build the criminal case against me, the most likely candidate being one of the Iranian opposition groups, in light of the evidence of my hacked emails/texts by "non-government hackers" to quote Yahoo, which has refused to comply with Your Honor's order to produce my email record.

As a victim of gross human rights abuses in the US in the past, I implore the Court to take the necessary steps in the interest of justice to prevent the recurrence of the grievous injustices above-mentioned, which resulted in considerable pain and suffering for me and my family. The extraordinary circumstances of this case warrants a unique vigilance, otherwise my human rights will be once again violated with impunity.

Respectfully Submitted,

Kaveh Afrasiabi, Pro Se