UNITED STATES DISTRICT COURT
EASTERN DIDTRICT OF NEW YORK

CASE NO: 21-cr-46

UNITED STATES
VS.

AFRASIABI,
    Defendant

# DEFENDANT'S COMPLAINT TO THE COURT REGARDING THE FABRICATED E-MAILS

    Defendant Afrasiabi, pro se, herein complains to the court regarding the slew of fabricated emails that are parts of the government's discovery and bear no resemblance to truth. This is highly reminiscent of Defendant's unpleasant past experiences, such as with Harvard University and Cambridge police, when he was subjected to wrongful arrest and imprisonment solely based on false evidence concocted in order to smear him and deprive him of his liberties. Such gross misconduct that belie the nature of American democracy ought not to be tolerated by this honorable court and the Defendant implores the court to be cognizant of the potential harm to justice as a direct result of the infusion of several fake emails in the body of discovery, likely the result of non-government hackers. Despite court order, Yahoo has refused to comply with the Defendant's request to produce his emails and so far two material witnesses, i.e., author Hooman Majd and professor emeritus Nader Entessar, have confirmed the falsity of certain emails attributed to the Defendant and them. One such email attributed to Mr. Majd refers to the need to register as foreign agent, clearly fabricated to indicate the Defendant's knowledge of FARA. Another email has been fabricated to suggest Defendant's exchange of emails with a congressional staff on organizing a "panel of experts" at Capitol Hill, which are pure fiction. Another email has been created to give the impression that Defendant wrote an article in London's Guardian following the instruction from Iran's mission regarding Iran's "strategic relations with Bahrain." Yet another email has been foisted on the

evidence apparently in order to give the false impression that Afrasiabi took instructions from the Iran missions on removing "four points" from an article intended for the Bulletin of Atomic Scientists. Another fake email attributed to the Defendant refers to US as "our enemy." Such falsehood, if not debunked and fully exposed will likely result in serious harm to the Defendant in this instant criminal action, in a word, will lead to a sham trial. Defendant has received no assistance whatsoever so far in tackling this important issue and, as a result, is extremely concerned about the outcome of this case. Simple steps such as with respect to the congressional staff above-mentioned ought to be taken, as well as with the witnesses above-mentioned, to ascertain the truth and falsity of the said emails, otherwise a grievous injustice will transpire vis-a-vis the rights of the Defendant, who is a victim of gross human rights abuses in the US in the past.

Respectfully,

Kaveh L. Afrasiabi, Pro Se
cc: A true copy of this letter has been submitted to the US Attorney on this date, November 10, 2021