## Lolita De Palma

**From:** Kaveh Afrasiabi
**Sent:** Wednesday, December 15, 2021 2:53 PM
**To:** Lolita De Palma; Talia Cohen; Deirdre Vondornum; Richardson Ian (USANYE) 1; Winik Sara (USANYE)
**Subject:** Update to the Court

**CAUTION - EXTERNAL:**

Dear Lolita De Palma, please inform His Honor Judge Korman that I have had follow-up conversations with my standby attorney regarding the "fabricated emails" and attorney Von Dornum has assured me that she will contact certain witnesses and has received my authorization to do so, promising to subpoena certain witnesses' emails as well. As a result, I no longer wish to proceed with the motion requesting a brief hearing, which I asked to be put on hold pending my communications with attorney Von Dornum.

Thank you.

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.