

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/SKW
F. #2015R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2022

<u>By Email and ECF</u>

Kaveh Lotfolah Afrasiabi
Defendant, <u>Pro Se</u>
c/o Deirdre D. von Dornum, Esq.
Standby Counsel
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

      Re:    United States v. Kaveh Lotfolah Afrasiabi
                <u>Criminal Docket No. 21-46 (ERK)</u>

Dear Dr. Afrasiabi and Ms. von Dornum:

        In response to Dr. Afrasiabi's discovery request via email dated January 17, 2022, enclosed please find the government's next production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is provided subject to the terms of the Court's August 12, 2021 Protective Order (the "August 12, 2021 Protective Order") (<u>See</u> ECF No. 103). The government renews its request for reciprocal discovery from the defendant.

| Description | Bates Numbers |
|---|---|
| Correspondence from Dr. Afrasiabi to Senator John Kerry dated February 22, 2010, and related correspondence. | KA0039392-KA0039408 |

Please let us know if you have any questions.

Very truly yours,

BREON PEACE
United States Attorney

By:       /s/
Ian C. Richardson
Sara K. Winik
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (KA0039392-KA0039408)

cc:     Clerk of the Court (ERK) (by ECF) (without enclosures)

2