**Lolita De Palma**

| | |
|---|---|
| **From:** | Kaveh Afrasiabi |
| **Sent:** | Monday, January 17, 2022 10:36 AM |
| **To:** | Richardson, Ian (USANYE) 1; Winik Sara (USANYE); Talia Cohen; Lolita De Palma; Deirdre Vondornum |
| **Subject:** | Request for record from the Justice Department |

**CAUTION - EXTERNAL:**

Dear Mr. Richardson: Greetings. I write this letter to request the record of my 2010 letter of complaint to the Justice Department regarding the abuses of my human rights by Harvard University.  I submitted this complaint through the then Senator John Kerry, who kindly forwarded it to the Justice Department, Civil Rights Division.  In this letter I identified myself as Iran expert and consultant to Iran at UN. Approximately 5 months later, Senator Kerry sent me a letter carrying his original signature, accompanied by a letter from the Justice Department stating that nothing could be done since the legal venues had been exhausted.
The significance of this record is two-fold. First, it is a reminder of the abuses of human, civil, and constitutional rights, ironically because I was a Harvard whistlblower on the university's ties with the opponents of author Salman Rushdie, and second, because it confirms the falsity of the government's contention against me that I hid my UN-Iran association.
Hence, I respectfully request that the record of my communication with the Justice Department in 2010 be provided to me/

Respectfully,

Afrasiabi Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.