**Lolita De Palma**

| | |
|---|---|
| **From:** | Kaveh Afrasiabi |
| **Sent:** | Monday, February 28, 2022 11:45 AM |
| **To:** | Talia Cohen; Lolita De Palma; Deirdre Vondornum; Richardson Ian (USANYE) 1; Winik Sara (USANYE) |
| **Subject:** | Request from the Court |

**CAUTION - EXTERNAL:**

Your Excellency Judge Edward Korman:

I write this letter to request to be granted a temporary leave to join the international legion formed by Ukraine to support its war of independence against Russian aggression.  As a political scientist and life-long peace activist who is aghast by the appalling condition of an entire nation, I find it my moral duty to heed Ukraine's call for help and thus implore the Court to grant a three months leave of absence whereby I can fulfill my own humanitarian calling by going to Ukraine and helping their cause.  I assure your Honor that I have no other intention and I have absolutely no interest in returning to Iran, which has dreadfully failed to condemn Russia's invasion, or moving away from my family here in the United States.
Far from a personal matter, I believe if allowed to volunteer to join the international legion to help the besieged and heroic Ukrainian people, I would also set a good example for other Muslims in the international Muslim community, in light of Putin's mobilization of Chechen Muslims for his campaign of terror in Ukraine, Iran's President's appalling recent expression of moral support for Putin, and Saudi Crown Prince's post-invasion phone call with Putin reiterating their energy cooperation; in a word, the signals sent by important voices from the Muslim world are quite atrocious and dreadfully short of principled support for Ukraine, with rare exceptions, and I am confident my initiative will have salutary effects in Iran and beyond.  As of this moment, I am the only academic who has publicly condemned Putin's invasion inside Iran (see link below).
While I understand the probable hesitations of the Court and the US Government with respect to my unusual request, I implore the Court to take into consideration my long record of peace and anti-war activism that includes placing full page announcements against the invasion of Iraq, reproduced in the Appendix of my book, The Agent of Peace.  Should there be any physical harm to me in the course of my moral duty as a pro-Ukraine volunteer, from my vantage point that is an acceptable price.

Respectfully Submitted,


Kaveh L. Afrasiabi, Ph.D.

[Putin's Unjust War on Ukraine - diplomacy](#)



**Putin's Unjust War on Ukraine - diplomacy**

As the Russia-Ukraine war rages on, from the theoretical perspective it raises the question of whether or not th...

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.