**Lolita De Palma**

| | |
|---|---|
| **From:** | Kaveh Afrasiabi |
| **Sent:** | Thursday, March 3, 2022 12:47 PM |
| **To:** | Talia Cohen; Lolita De Palma; Deirdre Vondornum; Winik Sara (USANYE); Richardson Ian (USANYE) 1 |
| **Subject:** | withdrawing my letter to the court |

**CAUTION - EXTERNAL:**

Dear Clerk, my sincere apology. I am withdrawing my letter of response to the government's letter. I have just been informed that the letter pertains to my letter to Harvard's general counsel attaching the letter of Mr. John Kerry to the US Justice Department. I had not realized that it falls under protective order since Mr. Kerry's letter was not marked as confidential and I mistakenly considered it as part of public documents. I now realize my mistake and sincerely apologize to the Court and the Government and assure that this was an innocent error on my part and will not be repeated ever again.
Sincerely,

Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1