

**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 12, 2022

VIA ECF & EMAIL
Hon. Edward R. Korman
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Afrasiabi, No.21-cr-46 (ERK)

Dear Judge Korman,

 We write, with the consent of the government, to request an adjournment of the status conference currently scheduled for April 20, 2022. The parties are currently exchanged in active negotiations and we believe that an additional 60 days may be necessary to conclude those negotiations. Accordingly, we would ask that the Court adjourn the conference until June 14, 2022, at 2 p.m. We further ask that the court exclude time under the Speedy Trial Act to allow the parties to continue their negotiations.

 Thank you for your consideration of this request.

              Respectfully submitted,

              /s/
              Deirdre D. von Dornum
              Stand-by counsel

cc: Counsel of Record (by ECF)
   Kaveh Afrasiabi (by E-Mail)