# Lolita De Palma

**From:** Kaveh Afrasiabi
**Sent:** Sunday, April 17, 2022 4:03 AM
**To:** Talia Cohen; Lolita De Palma; Deirdre Vondornum; Richardson Ian (USANYE) 1; Winik Sara (USANYE)
**Subject:** Letter to the Court

**CAUTION - EXTERNAL:**

Your Excellency Judge Edward Korman:

I, Kaveh L. Afrasiabi, Ph.D., the Pro Se Defendant in the instant action write this letter to express my concern that the association of my standby attorney with two high-profile terrorism cases might pre-dispose the public toward certain (mis) interpretations regarding my case.
To elaborate, previously as the Court recalls, I had raised my concern because of Attorney Von Dornum's involvement in the defense of Boston Marathon terrorist at the US Supreme Court. It has now come to my attention, per the various media reports (e.g., sample link below), that Attorney Von Dornum is also representing the Brooklyn subway terrorism suspect, which is bound to galvanize world public attention in the weeks and perhaps months ahead. While I fully respect the prerogatives of the public defenders office and the choices made for representation of such defendants, as a political scientist with extensive legal background I am also fully cognizant of the role of public perception and misperception and the related cognitive associations which, in this particular case, may well be contrary to my vested legal interests. I am a renowned author of over two dozen books, both scholarly and fiction as well as poetry, hundreds of scholarly articles in top journals such as Columbia Journal of International Affairs, Harvard International Review, Harvard Theological Review, Brown's Journal of World Affairs, UN Chronicle, Middle East Journal, to name a few, as well as several dozen opinion articles in international newspapers including the New York Times, Washington Post, San Francisco Chronicle, London's Guardian, Berlin's newspapers, compiled in my book, The Agent of Peace. I have also made literally several hundred TV appearances -- e.g., on CNN, Voice of America, BBC, {BS, Canadian TV , Chinese, European and Russian networks, and my works can be found in thousands of libraries worldwide. My books are highly praised in, among others, Foreign Affairs (June, 2020), the Middle East Journal and International Journal of Middle East Studies, illustrating the sheer absurdity of the US government's false allegation of propaganda against me. Record clearly shows that throughout the years, when the US government was keenly aware of my consulting role for a sub-section of the UN, namely, Iran's Mission to UN, and did not take any action against me for over 13 years, I was fully under the impression that my work is legal and legitimate and sanctioned under the UN norms, which is why a precious three months prior to my FBI arrest in January, 2021, I had once again submitted my documents and my cori report to the Iran Mission per their request for submission to UN. Hence, it is supremely unfair and unjust and certainly unAmerican to link my name, directly or indirectly, with terrorism suspects, which is I am concerned might inadvertently happen in light of Attorney Von Dornum's association with two high-profile terrorism cases mentioned above.
Henceforth, should the present on-going plea negotiations fail and prove unproductive, my preference will be to proceed without the benefit of any standby attorney, relying solely on my own resources as a pro se.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

[Mia Eisner-Grynberg and Deirdre von Dornum attorneys for Frank James, speak outside Brooklyn Federal Court in Brooklyn, New York City](#)



**Mia Eisner-Grynberg and Deirdre von Dornum attorneys for Frank James, sp...**

BRENDAN MCDERMID

Mia Eisner-Grynberg and Deirdre von Dornum, assistant federal defenders with the Federal Defenders of New York a...

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.