# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 10, 2022

By ECF and Electronic Mail
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Sinmyah Amera Ceasar, 17-cr-48 / 19-cr-117 (KAM)

Dear Judge Matsumoto,

    We write, with the consent of the government and Probation, to respectfully request that the Court adjourn the status conference currently scheduled for June 14, at 11 a.m. to a date in the second week of July. Such an adjournment would allow the parties to reach a resolution as to the new charge, as well as permitting Ms. Ceasar to take her GED test next week.

    Respectfully Submitted,

    /s/
    Deirdre D. von Dornum
    Samuel I. Jacobson
    Federal Defenders of New York
    (917) 623-9894

cc:    all counsel of record (via ECF)
       U.S. Probation Officer Michael Imrek (via Email)