# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 10, 2022

BY ECF and E-Mail

The Hon. Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Kaveh Afrasiabi*, No. 21 Cr. 046 (ERK)

Dear Judge Korman,

I write with the consent of the government and Dr. Afrasiabi to respectfully request an adjournment of the status conference currently scheduled for June 14, 2022, in order to permit the parties to continue their negotiations and to accommodate Dr. Afrasiabi's medical appointments. It is my understanding that August 2, 2022 at 2 p.m. is convenient to the parties and the Court. The parties consent to the exclusion of time under the Speedy Trial Act from June 14, 2022 to August 2, 2022 in order to permit negotiations to continue.

Respectfully submitted,

/s Deirdre D. von Dornum

Deirdre D. von Dornum
Attorney-in-Charge
Federal Defenders of New York, Inc.
Tel. (718) 330-1210

*Stand-By Attorney for Kaveh Afrasiabi*

cc:     Counsel of record (by ECF)

U.S. Pretrial Services Officer Amanda Sanchez (EDNY)