**From:** Kaveh Afrasiabi
**Sent:** Monday, August 22, 2022 8:36 AM
**To:** Richardson Ian (USANYE) 1 <ian.richardson@usdoj.gov>; Winik Sara (USANYE) <sara.winik@usdoj.gov>; Talia Cohen <Talia_Magnas@nyed.uscourts.gov>; Vondornum, Deirdre (FD) <Deirdre_Vondornum@fd.org>
**Subject:** important facts about the Defendant

CAUTION - EXTERNAL:

1. Dr Kaveh Afrasiabi is a graduate of Thayer Academy (Braintree, Massachusetts, 1976). He received a BA in political science from University of Massachusetts, magna cum laude (1980), and Ph.D. in political science (Boston University, 1988). He has done post-doctoral research at Harvard University, UC Berkeley, and State University of New York at Binghamton. Dr. Afrasiabi has also studied comparative theology at Andover-Newton Theological School (thesis pending). Dr. Afrasiabi is currently a Professor of International Relations and American Government in Boston. Previously, he has taught at Framingham State University, Babson College, Northeastern University, Boston University, Chapman University, Bentley University, and visiting professor at Tehran University and Tehran's College of International Relations. Dr. Afrasiabi is a former consultant for UN's Program on Dialogue Among Civilizations and former Chair of the World Youth Festival on Dialogue, Vilnius, Lithuania. Dr. Afrasiabi served as advisor to Iran's nuclear negotiation team during 2005-2006.

2. Dr. Afrasiabi is the author of more than 30 books, both scholarly and literary, and his works have been published by Harvard University Press, Chicago University Press, Wadsworth, Westview Books, Rowman & Littlefield, and Lexington Press. Dr. Afrasiabi has authored books on UN management reform, Islam and ecology, Middle East nuclear non-proliferation, Iran's foreign policy, US-Iran relations, comparative eschatology, Ukraine war, John Quincy Adams, etc. He is the author of 7 poetry books, including a poetry book on 9/11 and another on the pandemic. He has written a full novel as well as novellas, short stories, and several plays. Dr. Afrasiabi's books have been reviewed in several scholarly journals, including the Foreign Affairs, Middle East Journal, and International Journal of Middle East Studies.

3. Dr. Afrasiabi has authored numerous peer review articles published in Harvard Theological Review, Harvard International Review, Columbia Journal of International Affairs, Brown's Journal of World Affairs, UN Chronicle, Global Dialogue, Mediterranean Affairs, Middle East Journal, Global Dialogue, World Policy Journal, and Telos.

4. Dr. Afrasiabi has participated in numerous academic and international conferences including in Finland, England, Germany, Lithuania, Azerbaijan, Turkmenistan, Turkey, US (e.g., Middle East Institute in Washington, D.C., UC Berkeley, Harvard Law School).

5. Dr. Afrasiabi has made dozens of TV appearances -- on CNN, BBC, Voice of America, Canadian TV, Eurovision, MSNBC, PBS, NPR, among others.

6. Dr. Afrasiabi has authored several dozen opinion articles -- in New York Times, Boston Globe, San Francisco Chronicle, Christian Science Monitor, Washington Post, Washington Times, Asia Times, Middle East Eye, Middle East Executive Report, Der Tagesspiegel, Der Taz, London's Guardian, Modern Diplomacy.

7. Dr. Afrasiabi has openly defended the author Salman Rushdie and is a former Harvard whistleblower who took the university to trial in the federal court in Boston alleging his false arrest and incarceration by Harvard University Police.

8.  Dr. Afrasiabi for over three decades has been actively committed to the goal of peace and dialogue between US and Iran and to de-escalate tensions between the two countries.  He has repeatedly tried to create a forum at the UN for the meetings of US and Iranian presidents (in 2000 and 2019).

9. Dr. Afrasiabi received humanitarian assistance from the Mission of Iran to UN as of 2007 in light of his repeated rights abuses and academic blacklisting by Harvard University.  Dr. Afrasiabi as an Iran expert cultivated close relations with the various diplomats and repeatedly interviewed various Iranian presidents and foreign ministers throughout the years for various publications.

10. Dr. Afrasiabi repeatedly assisted with the efforts to free US prisoners in Iran.  He once hand delivered a letter by MIT Professor Noam Chomsky on behalf of the three American hikers held in Iran to Iran's authorities and received a positive response. He lobbied the Iranian authorities for the release of Wilson Center scholar, Haleh Esfandiari and Washington Post reporter, Jason Rezaian.  He also assisted the family of FBI agent missing in Iran, Robert Levinson, by writing article, doing TV interview, and acting as intermediary between Levinson's family and Iranian authorities, seeking his release.

11. Dr. Afrasiabi has sought over the years to exert moderating influence on Iran, by encouraging Iran to engage in nuclear negotiations, to trust US President Barack Obama, to avoid military retaliation after the assassination of general Soleimani, and to avoid using nuclear program as a leverage vis-a-vis the West.  Dr Afrasiabi has consistently championed the cause of nuclear non-proliferation in all his books, articles, and TV interviews.

Respectfully Submitted to the Court,

Kaveh L. Afrasiabi, Pro Se

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.