U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/SKW
F. #2015R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 1, 2022

By ECF and Email

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Kaveh Lotfolah Afrasiabi
              Criminal Docket No. 21-46 (ERK)

Dear Judge Korman:

      The government respectfully writes in opposition to the defendant's motion to adjourn the status conference scheduled for Wednesday, September 7, 2022. See ECF 139. The defendant did not consult the government before filing his request to adjourn the status conference. The government believes that status conference is necessary to advance the case.

                      Respectfully submitted,

                      BREON PEACE
                      United States Attorney

            By:     /s/
                      Ian C. Richardson
                      Sara K. Winik
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:    Kaveh Lotfolah Afrasiabi (defendant) (by Email)
       Deirdre D. von Dornum, Esq. (standby counsel) (by Email)
       Clerk of Court (ERK) (by ECF and Email)