**DOCKET NUMBER**: 21cr46     **CRIMINAL CAUSE FOR** STATUS CONFERENCE via videoconference
**BEFORE JUDGE**: KORMAN     **DATE**: 9/7/2022     TIME IN COURT __ HRS __40__ MINS

**DEFENDANT'S NAME**: Kaveh Afrasiabi     **DEFENDANTS #** _____

- ☒ Present   ☐ Not Present   ☐ Custody   ☒ Not Custody

**DEFENSE COUNSEL**: standby counsel Deirdre D. von Dornum
- ☐ Federal Defender   ☐ CJA   ☐ Retained

**A.U.S.A.**: Ian C. Richardson / Sara K. Winik     **Case Manager**: Talia Cohen

**ESR** ROCCO/HONG     **INTERPRETER**: _____     **LANGUAGE**: _____

- ☐ Arraignment   ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference   ☐ Pre Trial Conference
- ☐ Initial Appearance   ☒ Status Conference
- ☐ Telephone Conference   ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING _____
- ☐ Further Status Conference/hearing set for 9/23/2022 @ 1pm
- ☐ ORDER: Case referred to the Magistrate Judge for plea _____ hearing: _____

MOTIONS DUE _____ OPP BY _____ REPLY _____
ORAL ARGUMENT _____

TRIAL SCHEDULED FOR _____ JURY SELECTION _____
COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

**UTILITIES**
- ☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start**: 9/7/2022     **Speedy Trial Stop**: 9/23/2022     **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES ☒ NO

**TEXT**
Government sent plea offer to defendant, who has not yet accepted. The plea offer expires on 9/23/2022. Because the purpose of the delay is to allow discussions to take place that could eliminate the necessity for a trial, I find that the considerations underlying the Speedy Trial Act are outweighed by the interests of justice and the time is excluded. Next status conference set for 9/23/2022 @ 1pm.