**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 15, 2022

**BY ECF**

Hon. Edward R. Korman
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Afrasiabi*, 21 Cr. 46 (ERK)

Dear Judge Korman,

    I write as stand-by counsel to Dr. Afrasiabi to inform the Court that Dr. Afrasiabi has decided to decline the government's plea offer. Accordingly, I ask that this case no longer be referred to Magistrate Judge Reyes for a change of plea hearing.

    Respectfully Submitted,

    /s/

    Deirdre D. von Dornum
    Federal Defenders of New York
    *Stand-by Counsel*

cc:    AUSA Ian Richardson
       AUSA Sara Winik