# Grace Boyan

**From:** Talia Cohen
**Sent:** Thursday, September 15, 2022 8:47 AM
**To:** Grace Boyan
**Subject:** Fwd: letter to the court: Defendant's rejection of plea offer

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Kaveh Afrasiabi
**Sent:** Wednesday, September 14, 2022 6:35:06 PM
**To:** Talia Cohen                    ; Richardson Ian (USANYE) 1                    ; Winik Sara (USANYE)                    ; Vondornum, Deirdre (FD)
**Subject:** letter to the court: Defendant's rejection of plea offer

**CAUTION - EXTERNAL:**

Dear Judge Korman:
Your Excellency, this is to inform the court that after due consideration of the government's plea offer, I find it to be outside the bound of truth, requesting from me certain admissions, such as being "tasked" to act as Iran's publicity agent, which never happened and there is absolutely no evidence to corroborate such a preposterous false accusation and, henceforth, I am prepared to go to trial if need be, no matter what the asymmetry of unequal forces. I pray the spirit of justice prevails and this frivolous charge brought in the waning hours of the rogue Trump administration is thrown out of court short of a trial. I hereby motion the court to dismiss this case since there is not any evidence of knowledge of FARA's violation on my part either, in light of your honor's admissions on record that knowledge is the prerequisite for government success in this case. I shall prevail just as I did in the previous four frivolous criminal charges brought against me by Harvard and its proxies in Cambridge, Massachusetts. Courage is what gives hope to the underdog, and as a political scientist keenly aware of the American legal history reflected in my book on the 6th US President, born near where I grew up as a young adult, the full machinery of spirit of American justice will be on my side, my conscience is clear I have done much in the service of American national interests and the records speak volume about this simple yet neglected matter.

Respectfully,
Afrasiabi, Pro Se
Afrasiabi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.