**DOCKET NUMBER**: 21cr46____ **CRIMINAL CAUSE FOR** STATUS CONFERENCE via videoconference
**BEFORE JUDGE**: KORMAN____ **DATE:** 9/23/2022___ **TIME IN COURT**__HRS__30___MINS

**DEFENDANT'S NAME**:  Kaveh Afrasiabi                **DEFENDANTS #**_____
- ☐  X  Present       '    Not Present       '    Custody       '    X Not Custody

**DEFENSE COUNSEL:** standby counsel Deirdre D. von Dornum_____
- ☐  Federal Defender       '   CJA       '   Retained

**A.U.S.A.**:   Ian C. Richardson / Sara K. Winik       **Case Manager**: Talia Cohen

**ESR** ROCCO/HONG       **INTERPRETER**:_____       **LANGUAGE:**_____

- ☐ Arraignment       ' Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference       ' Pre Trial Conference
- ☐ Initial Appearance       ' X Status Conference
- ☐ Telephone Conference       ' Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING_____
- ☐ X Further Status Conference/hearing set for  9/30/2022 @1pm
- ' ORDER: Case referred to the Magistrate Judge for  plea_____ hearing:_____

__ MOTIONS DUE_____  OPP BY _____REPLY _____
__ ORAL ARGUMENT _____

__ TRIAL SCHEDULED FOR  _____JURY SELECTION__
__ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

**UTILITIES**
- ☐ ~Util-Plea Entered       ' ~Util-Add terminate Attorneys       ' ~Util-Bond Set/Reset
- ' ~Util-Exparte Matter       ' ~Util-Indictment Un Sealed       ' ~Util-Information Unsealed
- ' ~Util-Set/Reset Deadlines       ' ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings       ' ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties       ' ~Util-Set/Reset Hearings

**Speedy Trial Start**: 9/23/2022 **Speedy Trial Stop**:    9/30/2022       **CODE TYPE**:   XT
**Do these minutes contain ruling(s) on motion(s)?** '    X YES       '   NO

**TEXT**
**While the defendant informed the Court that he has declined the government's plea offer [148], after today's discussion, the Court allows 1 week for him to reconsider and avoid trial.**

**Because the purpose of the delay is to allow discussions to take place that could eliminate the necessity for a trial, the Court finds that the considerations underlying the Speedy Trial Act are outweighed by the interests of justice and the time is excluded. Next status conference scheduled for 9/30/2022 @ 1pm.**

**The Court denies the defendant's [147] MOTION in Limine seeking a ruling on whether the Iranian mission to the UN is a "foreign principal" or "foreign government".**