| | |
|---|---|
| **From:** | Talia Cohen |
| **Sent:** | Tuesday, September 27, 2022 8:33 PM |
| **To:** | Grace Boyan |
| **Subject:** | Fwd: The case of Kaveh Afriasabi |

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Noam Chomsky <chomsky@mit.edu>
**Sent:** Tuesday, September 27, 2022 11:58:31 AM
**To:** Talia Cohen <Talia_Magnas@nyed.uscourts.gov>
**Subject:** The case of Kaveh Afrasiabi

<mark>CAUTION - EXTERNAL:</mark>

I am writing in connection with the case of Kaveh Afrasiabi, a long-time colleague, and more specifically, in connection with our involvement in the affair of the three young American hikers – Shane Bauer, Sarah Shourd, and Josh Fattal – who were detained by Iranian border guards when they accidentally crossed into Iran, then imprisoned.  I was personally involved in the efforts to obtain their release, and knowing that Professor Afrasiabi had some Iranian contacts, I asked him for suggestions about how to help.  He was very forthcoming.  Apart from suggestions, he tried as best he could to intervene personally to expedite their quick release from imprisonment, another of many illustrations of his engagement in human rights activities in Iran and elsewhere.  In this particular case his intervention was not only very welcome to all of us but apparently also of assistance in obtaining their release.

Noam Chomsky
Institute Professor emeritus, MIT
Laureate Professor, U. of Arizona

<mark>CAUTION - EXTERNAL EMAIL:</mark> This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.