# Grace Boyan

| | |
|---|---|
| **From:** | Talia Cohen |
| **Sent:** | Friday, September 30, 2022 9:24 AM |
| **To:** | Grace Boyan |
| **Subject:** | FW: DEFENDANT'S STATEMENT TO THE COURT ON 9/30/2022 |

**From:** Kaveh Afrasiabi
**Sent:** Friday, September 30, 2022 9:23 AM
**To:** Talia Cohen                    ; Richardson Ian (USANYE) 1                    ; Winik Sara (USANYE)                    ; Vondornum, Deirdre (FD)
**Subject:** DEFENDANT'S STATEMENT TO THE COURT ON 9/30/2022

**CAUTION - EXTERNAL:**

Your Excellency Judge Edward Korman:

I am a professor of American politics and international relations at University of Massachusetts in Boston, my alma mater (class of 1980, magna cum laude). I am the author of 30 book, both scholarly and non-scholarly, as well as numerous scholarly articles in top academic journals including Harvard Theological Review, Harvard International Review, UN Chronicle, and Columbia Journal of International Affairs. I have authored over 100 opinion pieces, including 7 in the New York Times, `13 in Boston Globe, and 9 in San Francisco Chronicle. I have also appeared on literary several hundred TV programs as a Middle East expert, including over a dozen times on Voice of America, Farsi Program, and BBC, Farsi Program. I have an impeccable record in defense of human rights in Iran and elsewhere and as a peace activist throughout my adult life. I am also a Harvard whistleblower who was subjected to false arrest and imprisonment solely over my defense of the condemned author, Salman Rushdie, who has been victimized recently in the Muslim extremists' hands. On four separate occasions beginning with Harvard in 1996, I have had to endure repeated cycles of frivolous criminal complaints leveled against me, twice resulting in serious head and bodily harm to me; on all four occasions I proved my innocence in court and countersued my accusers in the federal court in Boston. In Harvard's case, I took the university to a ten day trial and then ultimately to the full bench of the US Supreme Court, that denied my appeal 5 to 4 in March, 2002. The case had been closed by a federal judge, Michael Harrington, after his settlement proposal had been accepted by Harvard, only to re-open a closed case weeks later, contrary to the basic pillar of American justice. I have proffered to the court the anguished letter of my colleague, famed historian Howard Zinn, regarding that matter, as a reminder of the incredible injustices I have experienced in the United States, all for the wrong reasons. Hence, in light of the atrocious abuses of my human rights mentioned above, it is a case of cruel and unusual punishment to subject me to yet another round of thinly-disguised persecution. With my record of contributions as an academic and free-spirited intellectual, if I were in Iran today I would be in jail and, most probably, the US government would be demanding my immediate release. Such is the fundamental irony of this case that my solid record of over thirty years of first-rate intellectual contributions across multiple disciplines is ignored and I am falsely accused of signing public tunes in praise of the government of Iran, when, in fact, I have proffered to the court numerous examples of my writings severely criticizing that government. Not only that, I have presented to court the evidence of Mr. John Kerry's letter to the Justice Department asking them to

investigate the repeated abuses of my human rights in Massachusetts, which fell on deaf ears. Now the same Justice Department, in a splendid case of double standard, is adamant about upholding the US laws, as if the violations of my human and constitutional rights did not matter. Therefore, as long as this double standard is not remedied and my rights abusers are not brought to justice, I will not appease the Justice Department by agreeing to any plea -- that would brand me as a convicted felon in my old age, when the real image is that of a victim of malicious human rights abuses.

Respectfully,

Kaveh L. Afrasiabi, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.