**DOCKET NUMBER**: 21cr46____ **CRIMINAL CAUSE FOR** STATUS CONFERENCE via videoconference
**BEFORE JUDGE**: KORMAN_____ **DATE:** 10/6/2022___ **TIME IN COURT**__HRS_ 25___MINS

**DEFENDANT'S NAME**:   Kaveh Afrasiabi_____ **DEFENDANTS #**_____
- ☐   X  Present       '       Not Present      '      Custody     '      X Not Custody

**DEFENSE COUNSEL:** standby counsel Deirdre D. von Dornum_____
- ☐   Federal Defender    '    CJA        '      Retained

**A.U.S.A.**:   Ian C. Richardson / Sara K. Winik_____       **Case Manager**: Talia Cohen

**ESR** ROCCO/HONG_____  **INTERPRETER**:_____  **LANGUAGE:**_____

- ☐   Arraignment                   '   Change of Plea Hearing (~*Util-Plea Entered*)
- ☐   In Chambers Conference        '    Pre Trial Conference
- ☐   Initial Appearance            '   X Status Conference
- ☐   Telephone Conference          '   Motion Hearing Non Evidentiary
- ☐   Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ☐   Further Status Conference/hearing set for _____
- '   ORDER: Case referred to the Magistrate Judge for  plea_____ hearing:_____

- __  MOTIONS DUE_____    OPP BY_____ REPLY_____
- __  ORAL ARGUMENT _____

- __  TRIAL SCHEDULED FOR _____JURY SELECTION__
- __  COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE


**UTILITIES**
- ☐   ~Util-Plea Entered        '   ~Util-Add terminate Attorneys    '   ~Util-Bond Set/Reset
- '   ~Util-Exparte Matter      '   ~Util-Indictment Un Sealed       '   ~Util-Information Unsealed
- '   ~Util-Set/Reset Deadlines '   ~Util-Set/Reset Deadlines/Hearings
- ☐   ~Util-Set/Rest Motion and R&R Deadlines/Hearings    '   ~Util-Terminate Motions
- ☐   ~Util-Terminate Parties   '   ~Util-Set/Reset Hearings

**Speedy Trial Start:** _____ **Speedy Trial Stop**: _____ **CODE TYPE**:_____
**Do these minutes contain ruling(s) on motion(s)**? '     YES     '     NO
**TEXT**

**The defendant declines the government's plea offer.  The Court will inform the parties of the trial date.**