UNITED STATES DISTRICT COURT

Eastern District of New York

Case No: 21-CR046

| United States of America, | ) |
| Versus | ) |
| Lotfolah Kaveh Afrasiabi, | ) |
| Defendant. | ) |

### **DEFENDANT'S MOTION FOR TRIAL CONTINUANCE ON MEDICAL GROUND**

Defendant Afrasiabi, Pro Se, prays the Court pursuant to the rule of federal criminal procedure and the relevant case laws to allow a two to three month delay in the trial set for mid-May, 2023, on (a) medical grounds and (b) the lack of legal assistance by the standby attorney.

      To elaborate, the Defendant is afflicted with a ███████████ and frequent late night ███████ and is scheduled for the following tests in the coming weeks: ███████████, and an MRI. Defendant is under care by two physicians, Dr. ██████████ and Dr. ██████████, and his ██████████ has been diagnosed to have 30 percent chance of becoming ██████████; the initial diagnosis is that the ████████████████████████████████. Defendant's recent ████████, reflecting the ██████████████, showed an alarming figure 12 times the normal range. *See the Letter by ██████████ herein as Exhibit Number One.*

Respectfully submitted,

Kaveh L. Afrasiabi, Pro Se

Date: January 9, 2023

Certificate of Service: A true copy of this Motion has been served on the US attorney on this date, 01/09/2023, under the pains and penalty of perjury.