UNITED STATES DISTRICT COURT

Eastern District of New York

Case No: 21-CR046

| | |
|---|---|
| United States of America, | ) |
| Versus | ) |
| Lotfolah Kaveh Afrasiabi, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR TRIAL CONTINUANCE ON MEDICAL GROUND**

Defendant Afrasiabi, Pro Se, prays the Court pursuant to the rule of federal criminal procedure and the relevant case laws to allow a two to three month delay in the trial set for mid-May, 2023, on (a) medical grounds ███████████████████████████████████████████

   To elaborate, the Defendant is afflicted with a ███████████████ and frequent late night ███████ and is scheduled for the following tests in the coming weeks: ███████████, and an MRI. Defendant is under care by two physicians, Dr. ███████████ and Dr. ███████████, and his ███████████ has been diagnosed to have 30 percent chance of becoming ███████████████; the initial diagnosis is that the ███████████████████████████████████. Defendant's recent ███████, reflecting the ███████████████, showed an alarming figure 12 times the normal range. *See the Letter by* ███████████ *herein as Exhibit Number One.*

Respectfully submitted,

Kaveh L. Afrasiabi, Pro Se

Date: January 9, 2023

Certificate of Service: A true copy of this Motion has been served on the US attorney on this date, 01/09/2023, under the pains and penalty of perjury.