

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ICR/NJM/SKW
F. #2015R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 17, 2023

By ECF and Email

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Kaveh Lotfolah Afrasiabi
                  Criminal Docket No. 21-46 (BMC)

Dear Judge Cogan:

        The government respectfully writes in opposition to the defendant's motion to adjourn the trial scheduled for May 15, 2023. See ECF 183. The defendant's motion, and his January 5, 2023 email to the government requesting consent to a two-month continuance of the trial date, cites a variety of non-critical medical symptoms as the basis for the requested delay. This motion is only the defendant's most recent attempt to use complaints regarding

non-acute health concerns to delay his trial, and as the government has advised the defendant, we oppose a further trial delay on this basis.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Ian C. Richardson
Nicholas J. Moscow
Sara K. Winik
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (BMC) (by ECF and Email)
Kaveh Lotfolah Afrasiabi (pro se defendant) (by Email)
Sabrina Shroff, Esq. (standby counsel) (by Email)