CAMBRIDGE DISTRICT COURT


CASE NUMBER:  1152cr001382


COMMONWEALTH　　　)

VS.　　　　　　　　　)

LOTFOLAH AFRASIABI　)

**FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jul 23, 2023, 2:13 PM
Pro Se Office via
Box.com**
*rec. in p drive 7/25/23

### DEFENDANT'S MOTION: SCHOLARLY PRAISES OF DEFENDANT'S BOOKS


Now comes the Defendant, Afrasiabi, Pro Se, and in light of the government's false

accusation that the Defendant has written "books and articles" as pro-Iran propaganda, it is

vitally important to establish before the court the impeccable scholarly credential of the

Defendant, who has studies both political science and comparative theology.   Whereas

Afrasiabi through hard work has established his credential as a first-rate inter-disciplinary

academic and author of books, both scholarly and non-scholarly, as well as numerous academic

articles, e.g., in Harvard Theological Review, Harvard International Review, Columbia Journal of

International Affairs, UN Chronicle, Brown's Journal of World Affairs (3 articles), Global

Dialogue, Modern Diplomacy, and so on, sadly he has been subjected to a malicious character

assassination by the government that has turned a blind eye to Afrasiabi's intellectual

contributions and labeled him as a propagandist, irrespective of the fact that Afrasiabi has

already proffered to the court nearly fifty examples of his writings critical of the Iranian government, e.g., on repression of women, lack of free elections, capital punishment, etc.

With respect to the numerous praises of Afrasiabi's writings, Defendant turns the court's attention to several samples, including the following:

(1) Praise of Afrasiabi's feminist novel, on the oppression of women in Iran, by the New York University Professor of Middle East Literature, Peter Chelkowski: https://www.amazon.com/Shiraz-Diaries-Jallad-Novel-Contemporary/dp/B09QP3K9B6/ref=sr_1_13?crid=1DH3ZHYV7M2PU&keywords=Kaveh+Afrasiabi&qid=1690134778&sprefix=kaveh+afrasiabi%2Caps%2C70&sr=8-13: ""This is a remarkable, totally engrossing novel, one of the most imaginative literary works on the post-revolutionary Iran."

(2) Praise of Afrasiabi's book on religion and ecology by Bishop John Chane: "This book is a"must read" for anyone, especially those of us from the West who need to come to a deeper understanding of the power, influence and theology of Shiism and its place in Islam and within Christianity." Reverend John Bryson Chane, Eighth Bishop of the Episcopal Diocese of Washington D.C. and Senior Advisor for Interreligious Dialogue at Washington National Cathedral: https://www.amazon.com/Mahdism-Shiism-Communicative-Eco-Theology-Comparative/dp/1503303462/ref=sr_1_17?crid=1DH3ZHYV7M2PU&keywords=Kaveh+Afrasiabi&qid=1690134898&sprefix=kaveh+afrasiabi%2Caps%2C70&sr=8-17

(3) Praise of Afrasiabi's poetry book, Ode to Ukraine, by Professor Chomsky: ""Very powerful, very compelling poems. I hope it reaches Ukrainians, who will know that someone cares properly."

M.I.T. Linguist and Peace Activist, Professor Noam Chomsky: https://www.amazon.com/Ode-Ukraine-kaveh-L-afrasiabi-ebook/dp/B09WLY7DK2/ref=sr_1_1?crid=1DH3ZHYV7M2PU&keywords=Kaveh+Afrasiabi&qid=1690135002&sprefix=kaveh+afrasiabi%2Caps%2C70&sr=8-1

(4) Praise of Afrasiabi's book, co-authored with Professor Entessar, in the influential Journal, Foreign Affairs (June 2020), by the renowned Professor John Waterbury: https://www.foreignaffairs.com/reviews/capsule-review/2020-04-14/trump-and-iran-containment-confrontation

(5) Praises of Afrasiabi's book, Trump and Iran, by several academics as well as "Choice Reviews: https://rowman.com/ISBN/9781498588881/Trump-and-Iran-From-Containment-to-Confrontation

(6) Praises of Afrasiabi's book, Iran Nuclear Negotiations, Détente and Accord Since the Geneva Agreement of 2013, published by Roman & Littlefield by several academics: https://www.amazon.com/Iran-Nuclear-Negotiations-D%C3%A9tente-Agreement/dp/1442242345

(7) Praises of Afrasiabi's book, Iran Nuclear Accord and the Remaking of the Middle East, published by Roman & Littlefield, by several university professors: https://www.amazon.com/Iran-Nuclear-Accord-Remaking-Middle/dp/1442271272

(8) Praise of Afrasiabi's play, Romeo and Juliet in Kherson, by the renowned playwright, Philip Arnoult: https://www.amazon.com/Iran-Nuclear-Accord-Remaking-Middle/dp/1442271272.

In addition to the select samples of praises for Afrasiabi's books, Defendant states that per internet research, his writings are referenced in thousands of books and articles world-wide, his books are in several thousand libraries world-wide, including a dozen of his books at Harvard's libraries (some placed on reserve as classroom material), and, yet, the US government has completely ignored Afrasiabi's intellectual contributions, labeling him instead to advance its anti-Iran objectives.

Wherefore, Defendant prays the court to allow this motion.

Respectfully Submitted,

Lotfolah K. Afrasiabi, Pro Se

Date: July 19, 2023

CC: US attorney, Sara Winik, Ian Richardson.