# Executive Grant of Clemency

# JOSEPH R. BIDEN, JR.

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, AFTER CONSIDERING THE APPLICATION FOR EXECUTIVE CLEMENCY, HAVE GRANTED UNTO

## KAVEH LOTFOLAH AFRASIABI

ALSO KNOWN AS

## LOTFOLAH KAVEH AFRASIABI

## A FULL PARDON

FOR THOSE OFFENSES charged in an indictment (Docket No. 1:21-cr-00046 (ERK) (RER)) filed in the United States District Court for the Eastern District of New York on January 25, 2021, for violations of **(Count One)**: Sections 371 and 3551 *et seq*, Title 18, United States Code; **(Count Two)**: Sections 2 and 3551 *et seq*, Title 18, and Sections 612 and 618(a)(1), Title 22, United States Code; and **(Forfeiture Count)**: Sections 981(a)(1)(C), Title 18, Section 853(p), Title 21, and Section 2461(c), Title 28, United States Code.

### I CONDITION THE PARDON UPON THE FOLLOWING TERMS:

(1) the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** shall not commit any additional crime against the United States or in violation of the laws of the United States subsequent to the acceptance of this Pardon;

(2) the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** shall waive and release any all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States of America, its agents, servants, and employees;

(3) the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** shall waive any and all claims to funds already seized as part of the prosecution of offenses subject to this Pardon; and

(4) the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** shall not accept or otherwise receive any financial benefit directly or indirectly, in any manner or amount, from any book, movie, or other publication or production, in any form or media, about his situation;

IF AT ANY TIME the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** violates one or more of the aforementioned terms, as determined by me in my complete discretion (or by a future President in his or her complete discretion), this Pardon may be voided in its entirety.

**THIS GRANT SHALL BECOME EFFECTIVE** only upon the delivery and presentment of a certified copy of this document, electronic or hard copy, to the said **KAVEH LOTFOLAH AFRASIABI, AKA LOTFOLAH KAVAH AFRASIABI,** and upon the said **KAVEH LOTFOLAH AFRASIABI'S, AKA LOTFOLAH KAVAH AFRASIABI,** signing of a receipt verifying his acceptance of the Pardon granted with all of its conditions.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington this 14th day of September in the year of our Lord Two thousand and Twenty-three and of the Independence of the United States the Two hundred and Forty-eighth.

*Joseph R. Biden*

**JOSEPH R. BIDEN, JR.
PRESIDENT**