**SABRINA P. SHROFF**  
ATTORNEY

80 BROAD STREET  
19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

September 20, 2023

ECF  
Honorable Brian M. Cogan  
United States District Judge for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York, 11201

Re: <u>United States v. Afrasiabi</u>, 21 Cr. 46 (BMC)

Dear Judge Cogan:

The case against Dr. Afrasiabi having been dismissed, I write to ask the Court to allow him to retrieve his passport from Pre-trial Services. Dr. Afrasiabi's passport was given to Pretrial Services as a condition of his release. As the indictment has been dismissed, we ask that Pretrial be allowed to release Dr. Afrasiabi's passport to him.

Respectfully submitted,

/s/Sabrina P. Shroff

        Pretrial is respectfully directed to return to Mr. Afrasiabi his passport.

        SO ORDERED: _____  
                       Hon. Brian M. Cogan  
                       Judge, Eastern District of New York