UNITED STATES DISTRICT COURT
EASTERN DIDTRICT OF NEW YORK

CASE NO: 21-cr-46

UNITED STATES
VS.

AFRASIABI,
    Defendant

**FILED
Sep 26, 2023, 12:32 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**
*rec. in p drive on 9/27

PRO SE MOTION OF DEFENDANT LOTFOLAH KAVEH AFRASIABI TO RETURN BAIL

Now comes the defendant and proceeding pro se asks that $10,000 in bail be returned to him.

This case has been resolved by way of a Pardon issued by the President of the United States and the charges have been dismissed. As such, the undersigned asks that bail previously posted on January 28, 2021 in his name, be returned to him.

Respectfully Submitted,

Lotfolah kaveh Afrasiabi, Pro Se
542 Mount Auburn Street,
Watertown, MA 02472

CC: US Attorney Sara Winik.